Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BYRON WALKER, | § | CASE NO. 25-40278-MXM-13 |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned attorney of the firm of Wilcox Law, PLLC represents TD Bank, N.A., successor in interest to TD Auto Finance LLC, creditor and party in interest in these proceedings, and enters an appearance and demand that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, post office address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

This Notice of Appearance shall not be construed as designation of the undersigned attorney as agent for service under Bankruptcy Rules 7004 or 9014(b).

Respectfully submitted,

/s/ Stephen Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A.,
SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC

# **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing Notice of Appearance was served by FIRST CLASS MAIL, POSTAGE PREPAID on:

Byron Walker
1206 Delmarva Court
Granbury, TX 76048

and by ELECTRONIC FILING on:

Eric Maskell
Allmand Law Firm, PLLC
860 Airport Frwy., Suite 401
Hurst, TX 76054

Pam Bassel
860 Airport Frwy., Suite 150
Hurst, TX 76054

on February 3, 2025.

                /s/ Stephen Wilcox
                Stephen Wilcox

953-03937