**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.   25-40278** |
| BYRON EARL WALKER | § | |
| **DEBTOR(S),** | § | **CHAPTER   13** |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HOOD CAD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 7th day of February ,2025, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

ERIC ALLEN MASKELL
ALLMAND LAW FIRM, PLLC
860 AIRPORT FWY, STE. 401
HURST, TX 76054

PAM  BASSEL
STANDING CHAPTER 13 TRUSTEE
860 AIRPORT FREEWAY, STE 150
HURST, TX 76054

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:        dallas.bankruptcy@lgbs.com

By: */s/ Camille Stecker*
Camille Stecker
SBN: 24131688 TX