Eric A Maskell
State Bar No. 24041409
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
Telephone: (214) 265-0123
Facsimile: (214) 265-1979
ATTORNEY FOR DEBTOR(S)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **Byron Earl Walker** | § | CASE NO. 25-40278-MXM-13 |
| | § | |
| **DEBTORS** | § | CHAPTER 13 |
| | § | |

### MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, AND CHAPTER 13 PLAN

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Byron Earl Walker (hereinafter referred to as "Debtor" whether singular or plural) and requests an order extending the deadlines to file Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan, pursuant to L.B.R. 1007.1(a) and F.R.B.P 3015 and would show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. Debtor filed Debtor's petition in bankruptcy under Chapter 13 on January 24, 2025.

3. The Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan are due on February 7, 2025.

4. The § 341 Creditor Meeting is set for March 3, 2025.

5. Debtors will need an additional fourteen (14) days, until February 21, 2025, to prepare the Schedules, Statement of Affairs, and Chapter 13 Plan because of the need to gather information. Debtors other obligations have resulted in a delay in providing their Attorney

information necessary to produce accurate Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan.

WHEREFORE, PREMISES CONSIDERED, Debtors Byron Earl Walker respectfully request the Court to grant an extension of fourteen (14) days, until February 21, 2025 , for Debtors to file their Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan,  and for such other relief the Court may grant.

Dated: <u>February 7, 2025</u>

        Respectfully Submitted,

        ALLMAND LAW FIRM, P.L.L.C.

        <u>/s/ Eric A Maskell</u>
        Eric A Maskell
        State Bar No. 24041409
        ALLMAND LAW FIRM, P.L.L.C.
        860 Airport Freeway, Suite 401
        Hurst, TX 76054
        Telephone: (214) 265-0123
        Facsimile:  (214) 265-1979
        ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 7, 2025, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTORS**:
Byron Earl Walker
1206 Delmarva Ct
Granbury, TX 76048

**STANDING CHAPTER 13 TRUSTEE**:
Pam Bassel
fwch13cmecf@fwch13.com

**U.S. TRUSTEE**
United States Trustee
ustpregion06.da.ecf@usdoj.gov

      /s/ Eric A Maskell
      Eric A Maskell
      State Bar No. 24041409
      ATTORNEY FOR DEBTOR(S)