

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 11, 2025**

**United States Bankruptcy Judge**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 25-40278-MXM-13 |
| BYRON EARL WALKER | § | |
| | § | Chapter 13 |
| Debtor(s) | § | |

### ORDER GRANTING EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, AND CHAPTER 13 PLAN

ON THIS DAY, Debtor's Motion to Extend Time to File Chapter 13 Schedules, Statements and Chapter 13 Plan (the "Motion") came on for consideration. The Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Extend Time to File Chapter 13 Schedules, Statements and Chapter 13 Plan filed by Debtor be, and hereby is, GRANTED. The deadline to file the Debtor's Schedules, Statement of Affairs, Chapter 13 Plan, and other documents subject of the clerk's notice of deficiency shall be, and hereby is, extended to February 21, 2025.

*** END OF ORDER ***