**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                       **CASE NO.: 25-40278-MXM-13**

**BYRON EARL WALKER**
    1206 DELMARVA CT
    GRANBURY, TX 76048
    SSN/TIN: XXX-XX-5640

**DEBTOR**                                                               **MEETING: MARCH 11, 2025**

**NOTICE OF § 341 MEETING OF CREDITORS BY VIDEO-CONFERENCE**

The Standing Chapter 13 Trustee conducts the §341 meeting of creditors using Zoom. Make certain that you and your client can access Zoom with the device each of you will be using to attend the §341 meeting of creditors. If necessary, download the Zoom app at www.zoom.us or the App store. Pro-se debtors are required to ensure they can access Zoom.

The first meeting of creditors will be set on the date above. The time for the meeting will be on our website. Go to www.13network.com, go to Texas in the far right column, and click Pam Bassel (Fort Worth). Once you are on our website, at the top of the right hand column, you will see "DEBTOR LAST NAME SORT" and "DEBTOR ATTORNEY FIRM NAME SORT". Clicking either one takes you to a schedule of §341 meeting times.

All participants should log into Zoom a few minutes prior to the meeting. To sign in, go to our website (see above) and, in the right hand column, find the heading "ZOOM LINK FOR ALL MEETINGS" which you can click to join the meeting. Or, you can paste this link in your browser:

https://us02web.zoom.us/j/2357331135?pwd=T3Y1RzVVMFdZZ1pGZzNiVkItUjFvUT09&omn=81684243200

You may have to wait a few minutes for your §341 meeting of creditors to begin if the prior meeting is not concluded. Please be on time to avoid delaying meetings set after yours. If either the Debtor or the Debtor's attorney do not join the meeting on time, it will be re-set and a Motion to Dismiss the case may be filed. If a creditor or other party does not join the meeting on time, the meeting will begin without them.

BEFORE THE MEETING

At least two days before the meeting, acceptable documents to verify each Debtor's identity and social security number must be uploaded To www.bkdocs.us . If our office does not receive these documents, we will not hold the meeting, and a Motion to Dismiss the case will be filed.

Additionally, DEBTOR'S COUNSEL IS RESPONSIBLE FOR ENSURING THAT THE DEBTOR HAS THE TECHNOLOGICAL CAPABILITY TO BE SEEN AND HEARD DURING THE MEETING, THAT THE DEBTOR HAS DOWNLOADED THE ZOOM APP IF NEEDED, AND THAT THE DEBTOR HAS SUFFICIENT BANDWIDTH TO PARTICIPATE IN THE MEETING. THE DEBTOR MAY NEED TO BE PRESENT IN YOUR OFFICE IF NECESSARY. PRO-SE DEBTORS HAVE THESE SAME RESPONSIBILITIES.

     **DEBTORS MAY TAKE A FREE ONLINE PERSONAL FINANCIAL MANAGEMENT COURSE WHICH SATISFIES ONE OF THE REQUIREMENTS FOR A CHAPTER 13 DISCHARGE BY GOING TO www.13class.com and using the Bassel Trustee Identifier Number TEN13033. (Do not use Truman office Trustee Identifier Number TEN13001.)**

                                                                                 Respectfully submitted,

                                                      By:    /s/ Ethan S. Cartwright
                                                                Ethan S. Cartwright, Staff Attorney
                                                                Bar No. 24068273
                                                               PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                               Bar No. 01344800
                                                               860 Airport Freeway, Ste 150
                                                               Hurst, TX 76054
                                                               (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before February 18, 2025. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

Ally Bank,  AIS Portfolio Services LP,  4515 N Santa Fe Ave Dept APS,  Oklahoma City, OK  73118

Ally Financial Inc,  Attn Bankruptcy,  500 Woodard Ave,  Detroit, MI  48226

ATTORNEY GENERAL OF TEXAS,  PO BOX 12017,  AUSTIN, TX  78711

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

CAPITAL ONE BANK USA NA,  BY AMERICAN INFOSOURCE LP AS AGENT,  PO BOX 71083,  CHARLOTTE, NC  28272

Celena Jill Walker,  800 Chanel Drive 123,  Granbury, TX  76048

HOOD CAD,  C/O LINEBARGER GOGGAN BLAIR & SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

Hood county Court of Law,  1200 W Pearl St,  Granbury, TX  76048-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

JPMORGAN CHASE BANK N A,  BANKRUPTCY MAIL INTAKE TEAM,  700 KANSAS LANE FLOOR 01,  MONROE, LA  71203

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  7521

Security Service Federal Credit Union,  15000 IH 10 West,  San Antonio, TX  78248-0000

TD Auto Finance,  Attn Bankruptcy,  PO Box 9223,  Farmington Hills, MI  48333

Texas Alcoholic Beverage Comm,  Alcoholic Beverage Sales Tax,  PO Box 12548,  Austin, TX  78711

TEXAS BANK,  PO BOX 760,  WEATHERFORD, TX  76086

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

United States Attorney   NORTH,  3rd Floor 1100 Commerce St Suite 700,  Dallas, TX  75242-0000

US DEPT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

WILCOX LAW PLLC,  PO BOX 201849,  ARLINGTON, TX  76006-0000

***Address on record invalid for recipient -- no document mailed to this party.