**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Byron Earl Walker**            CASE NO 25-40278-MXM-13

CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **02/20/2025**     Signature     **/s/ Byron Earl Walker**
                                                         Byron Earl Walker, Debtor

**Caterpillar Financial Services Corp**
POB 730681
Dallas, TX 75373

**Hood County Appraisal District**
Attn: Bankruptcy
P.O. Box 819
Granbury, TX 76048

**John Deere Financial**
Attn: Officer or Managing Agent
PO Box 650215
Dallas, TX 75265

**Linebarger Goggan Blair & Sampson, LLP**
3500 Maple Ave Suite 800
Dallas, TX 75219

**Plains Capital Bank**
PO Box 93600
Lubbock, TX 79493

**Plains Loan Capital**
Attn: Officer
Po Box 93600
Lubbock, TX 79493-3600

**RWE Services, LLC**
1206 Delmarva Ct
Granbury, TX 76048

**Sabrina Tibbetts**
1206 Delmarva Ct
Granbury, TX 76048

**Verizon**
Attn: Bankruptcy
PO Box 4457 Houston,
TX 77210-4457

**Walker Cutting Horses, LLC**
1206 Delmarva Ct
Granbury, TX 76048