Eric A Maskell
State Bar No. 24041409
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BYRON EARL WALKER | § | CASE NO. 25-40278-MXM-13 |
| | § | |
| DEBTOR | § | CHAPTER 13 |
| | § | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the February 20, 2025, the following parties were served a true copy of the 341 Notice of Creditors on all the parties via the method indicated below.

### VIA U.S. MAIL

**Caterpillar Financial Services Corp**
POB 730681 Dallas, TX 75373

**Hood County Appraisal District**
Attn: Bankruptcy
P.O. Box 819 Granbury, TX 76048

**John Deere Financial**
Attn: Officer or Managing Agent
PO Box 650215
Dallas, TX 75265

**Linebarger Goggan Blair & Sampson, LLP**
3500 Maple Ave Suite 800
Dallas, TX 75219

**Plains Capital Bank**
PO Box 93600
Lubbock, TX 79493

**Plains Loan Capital**
Attn: Officer
Po Box 93600
Lubbock, TX 79493-3600

**RWE Services, LLC**
1206 Delmarva Ct
Granbury, TX 76048

**Sabrina Tibbetts**
1206 Delmarva Ct
Granbury, TX 76048

**Verizon**
Attn: Bankruptcy
PO Box 4457 Houston, TX 77210-4457

**Walker Cutting Horses, LLC**
1206 Delmarva Ct
Granbury, TX 76048

DATED: February 20, 2025

                Respectfully Submitted,

                ALLMAND LAW FIRM, P.L.L.C.

                /s/ Eric A Maskell
                Eric A Maskell
                State Bar No. 24041409
                ALLMAND LAW FIRM, P.L.L.C.
                860 Airport Freeway Suite 401
                Hurst, TX 76054
                214.265.0123 Phone
                214.265.1979 Fax
                ATTORNEY FOR DEBTOR