ALLMAND LAW FIRM, PLLC
860 Airport Fwy Ste 401
Hurst, TX 76054-3264
Telephone:
Facsimile: (214) 265-1979
ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:

**BYRON EARL WALKER** § **CASE NO. 25-40278-MXM-13**
§
**DEBTOR** § **CHAPTER 13**

### NOTICE OF ADDITIONAL FEES AND RULE 2016 DISCLOSURES

**NO HEARING WILL BE CONDUCTED ON THIS NOTICE UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE THE CLOSE OF BUSINESS ON 03/06/2025, WHICH IS AT LEAST FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE ATTORNEY OR LAW FIRM SUBMITTING THIS NOTICE, THE DEBTOR, AND THE CHAPTER 13 TRUSTEE PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY AND THE CHAPTER 13 TRUSTEE.**

**IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE FEES AND COSTS REQUESTED HEREIN SHALL BE DEEMED ALLOWED AND MAY BE DISBURSED BY THE CHAPTER 13 TRUSTEE OR PAID DIRECTLY TO THE ATTORNEY OR LAW FIRM FILING THIS NOTICE AS SET OUT HEREIN.**

Pursuant to Paragraph 21 of the Standing Order Concerning all Chapter 13 Cases for the Northern District of Texas ("Standing Order"), the undersigned gives notice of the following requested Additional Fees and related costs, if applicable.

1. The source of the compensation is: ☑ Debtor(s) or ☐ OTHER (specify source): _____.

2. ☑ I have not agreed to share the Additional Fees set out herein with any other person unless they are a member or shareholder of or an associate employed by my law firm.

**Notice of Additional Fees - Page 1 of 4**

☐ I have agreed to share the Additional Fees with another person or persons who are not a member or shareholder of or an associate employed by my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation and the amount each is to receive, is attached.

3. The total amount of any fees and costs that I or my law firm have become entitled to receive, prior to this Notice of Additional Fees, but not including the Additional Fees and costs requested herein: $4250.00 . (Include all fees even if not yet paid and include the Standard Fee or Business Standard Fee.)

4. The Additional Fees and costs requested herein [PICK ONE]:

☐ have already been paid to me     ☐ will be paid to me directly

☑ will be paid by the Chapter 13 Trustee.

☐ $ will or has been paid to me directly and $ to be paid by the Trustee.

5. Debtor(s) has/have agreed to the Additional Fees and costs requested herein.

6. In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $200.00 (or $_____ , if less) for (indicate requested fees):

☐ Post-confirmation motion to reinstate case

☐ Motion to Extend/Impose the Automatic Stay  ☐ Fee included in Plan Base Amount
                                                                                              pre-confirmation

☐ Chapter 13 Debtor's Request to Incur Debt (to purchase a vehicle)

7. In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $450.00 (or $_____ , if less) for (indicate requested fees):

☑ Case in which Debtor will receive 3002.1 notices ☐ Fee included in Plan Base
                                                                                              Amount pre-confirmation

☐ Representation on a post-confirmation Plan Modification filed by the Trustee or an unsecured creditor.

☐ Motion to Sell Real Property    ☐ Motion to Incur Debt (other than Debtor's
                                                                    Request to Incur Debt to purchase a vehicle)

☐ Motion to modify/refinance mortgage

☐ Motion to Approve Compromise and Settlement Agreement

8. In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $650.00 (or $_____, if less) for (indicate requested fees):

**Notice of Additional Fees - Page 2 of 4**

☐ Post-confirmation Plan Modification filed by the Debtor.

9. In addition to the fees requested herein and in accordance with the applicable provisions of the Standing Order, I request reimbursement for costs in the amount of $_____$ for (describe the costs) _____.

Wherefore, premises considered, I or my firm pray/prays for the allowance of the fees and costs set out herein to be paid as set out herein and for such other and further relief, both general and specific, to which I or my firm may show myself/itself justly entitled.

Date: February 20, 2025　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Eric A Maskell
　　　　　　　　　　　　　　　　　　　　　　　　　　　Eric A Maskell
　　　　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24041409
　　　　　　　　　　　　　　　　　　　　　　　　　　　Allmand Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　860 Airport Fwy Ste 401
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hurst, TX 76054-3264
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 265-1979
　　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I, the undersigned hereby certifies that the foregoing notice was served on February 20, 2025, on all parties in interest listed on the mailing matrix by electronic mail or first class mail.

**DEBTOR(S):**
Byron Earl Walker
1206 Delmarva Ct
Granbury, TX 76048

**US TRUSTEE:**

United States Trustee
ustpregion06.da.ecf@usdoj.gov

**STANDING CHAPTER 13 TRUSTEE:**

Pam Bassel
fwch13cmecf@fwch13.com

By: /s/ Eric A Maskell
Eric A Maskell
State Bar No. 24041409