| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-40278-mxm13<br>Northern District of Texas<br>Ft. Worth<br>Thu Feb 20 11:08:22 CST 2025 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Hood CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Camille Stecker<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219-3906 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | (p)ALLMAND LAW FIRM<br>860 AIRPORT FREEWAY<br>401<br>HURST TX 76054-3264 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial, Inc<br>500 Woodard Ave<br>Detroit, MI 48226-3416 | Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12017<br>Austin, TX 78711-2017 | Byron Earl Walker<br>1206 Delmarva Ct<br>Granbury, TX 76048-4372 |
| Capital One<br>by American InfoSource as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Celena Jill Walker<br>800 Chanel Drive 123<br>Granbury, TX 76048-2927 | Chase Auto Finance<br>P.O. Box 5210<br>New Hyde Park, NY 11042-5210 |
| Hood Couty Court at Law<br>1200 W Pearl St.<br>Granbury, TX 76048-1834 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O Box 29505 AZ1-5757<br>Phoenix AZ 85038-9505 |
| Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Ste 1000<br>Dallas, TX 75207-2328 | (p)SECURITY SERVICE FEDERAL CREDIT UNION<br>ATTN ATTN PATRICK RYAN<br>15000 IH 10 WEST<br>SAN ANTONIO TX 78249-3530 | TD Auto Finance<br>Attn: Officer or Managing Agent<br>P.O. Box 9223<br>Farmington Hills, MI 48333-9223 |
| TD Bank, N.A., successor in interest to<br>TD Auto Finance LLC<br>P.O. Box 551080<br>Jacksonville, FL 32255-1080 | TD Bank, N.A., successor in interest to<br>TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Texas Alcoholic Beverage Comm<br>Alcoholic Beverage Sales Tax<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Texas Bank<br>P.O. Box 760<br>Weatherford, TX 76086-0760 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 | United States Attorney ?NORTH<br>3rd. Floor, 1100 Commerce St Suite 700<br>Dallas, TX 75242 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustee<br>1100 Commerce, Room 976<br>Dallas, TX 75242-0996 | Eric Allen Maskell<br>Allmand Law Firm, PLLC<br>860 Airport Fwy<br>Suite 401<br>76054<br>Hurst, TX 76054-3249 |
| Lawrence Law Herrera<br>Allmand Law Firm, PLLC<br>860 Airport Fwy<br>Suite 401<br>Hurst, TX 76054-3264 | Pam Bassel<br>Office of The Standing Ch.13 Trustee<br>860 Airport Freeway<br>Suite 150<br>Hurst, TX 76054-3256 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Allmand Law Firm, PLLC
860 Airport Fwy Ste 401
Hurst, TX 76054-3264

Security Service FCU
Attn: Bankruptcy
P.O. Box 691510
San Antonio, TX 78269

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TD Bank, N.A., successor in interest to TD

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Byron Earl Walker
1206 Delmarva Ct
Granbury, TX 76048-4372

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31