# J.D. POWER

2/24/2025

## J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2023 Ram Ram 2500 Crew Cab Tradesman 4WD 6.7L I6 T-Diesel |
| Region: | Southwestern |
| Period: | January 24, 2025 |
| VIN: | 3C6UR5CL4PG569313 |
| Mileage: | 32,500 |
| Base MSRP: | $49,795 |
| Typically Equipped MSRP: | $69,575 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $39,200 | N/A | $875 | **$40,075** |
| Average Trade-In | $41,125 | N/A | $875 | **$42,000** |
| Clean Trade-In | $42,700 | N/A | $875 | **$43,575** |
| Clean Loan | $38,450 | N/A | $875 | **$39,325** |
| Clean Retail | $49,800 | N/A | $975 | **$50,775** |
| **Weekly Auction** | | | | |
| Low | $37,975 | N/A | N/A | **$37,975** |
| Average | $42,300 | N/A | N/A | **$42,300** |
| High | $46,650 | N/A | N/A | **$46,650** |
| **Weekly Used** | | | | |
| Rough Trade-In | $39,200 | N/A | $875 | **$40,075** |
| Average Trade-In | $41,125 | N/A | $875 | **$42,000** |
| Clean Trade-In | $42,700 | N/A | $875 | **$43,575** |
| Clean Loan | $38,450 | N/A | $875 | **$39,325** |
| Clean Retail | $49,000 | N/A | $975 | **$49,975** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power

**J.D. POWER**

2/24/2025

**J.D. POWER Used Cars/Trucks**

| | Trade-In/Loan | Retail |
|---|---|---|
| Automatic Climate Control [VIN Precision+] | $125 | $150 |
| Blind Spot Monitor [VIN Precision+] | $175 | $200 |
| Navigation System [VIN Precision+] | $425 | $475 |
| Rear Parking Sensors [VIN Precision+] | $150 | $175 |
| Bed Liner [VIN Precision+] | $50 | $50 |
| Fixed Running Boards [VIN Precision+] | $50 | $50 |
| Heated Exterior Mirrors | w/body | w/body |
| Power Adjustable Mirrors | w/body | w/body |
| Power Door Locks | w/body | w/body |
| Power Windows | w/body | w/body |
| Steering Wheel Mounted AudioControls [VIN Precision+] | $75 | $75 |
| W/out Locking/Limited Slip Differential [VIN Precision+] | -$175 | -$200 |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power