Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BYRON WALKER, | § | CASE NO. 25-40278-MXM-13 |
| DEBTOR. | § | |
| | § | Confirmation set: |
| | § | **NOT YET SET** |

## WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank" or "Creditor"), and files this its Witness and Exhibit list in conjunction with a hearing on the confirmation of the Debtor's Chapter 13 Plan filed by Byron Walker ("Debtor") and lists the following as potential witnesses and exhibits in this matter:

### WITNESSES

1. Representative of Creditor;
2. Byron Walker;
3. All witnesses called by Debtor;
4. All rebuttal witnesses necessary.

### EXHIBITS

1. Motor Vehicle Retail Installment Sales Contracts;
2. Certificates of Title;
3. January 24, 2025 J.D. Power valuation guide pages;
4. Wall Street Journal interest rate page;
5. Debtor's Chapter 13 Plan;
6. Debtor's Schedules;

7. Chapter 13 Trustee's payment history;

8. The Historical Prime Rate Data from the Federal Reserve Bank of St. Louis; (https://fred.stlouisfed.org/series/PRIME)

9. Proofs of claim filed by Creditor;

10. All exhibits offered by Debtor; and

11. All rebuttal exhibits necessary.

> Respectfully submitted,
>
> /s/ Stephen G. Wilcox
> Stephen G. Wilcox
> State Bar Number 21454300
> WILCOX LAW, PLLC
> P.O. Box 201849
> Arlington, TX 76006
> (817) 870-1694 Telephone
> swilcox@wilcoxlaw.net
> ATTORNEY FOR TD BANK, N.A.,
> SUCCESSOR IN INTEREST TO
> TD AUTO FINANCE LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Witness and Exhibit List was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Byron Walker
1206 Delmarva Court
Granbury, TX 76048

and by ELECTRONIC FILING on:

Eric Maskell
Allmand Law Firm, PLLC
860 Airport Frwy., Suite 401
Hurst, TX 76054

Pam Bassel
860 Airport Frwy., Suite 150
Hurst, TX 76054

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas  75242

Dated on February 26, 2025.

> /s/ Stephen G. Wilcox
> Stephen G. Wilcox

953-03937-603772