

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# TD Auto Finance

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | ▮▮▮▮ | Financed Date | 4/10/2023 |
| Loan Number | | Perfected Date | 5/16/2023 |
| Branch | 294 | Payoff Date | |
| Borrower 1 | WALKER, BYRON E | Dealer ID | 20510 |
| Borrower 2 | | Dealer | BROWN CHEVROLET COMPANY INC |
| Borrower Address | 1206 DELMARVA CT GRANBURY, TX 76048 | Dealer Address | 170 IH 35 N DEVINE, TX 78016 |

### Lienholder

| | |
|---|---|
| ELT Lien ID | 01013777000 |
| Lienholder | TD BANK, N.A. |
| Lienholder Address | PO BOX 675 WILMINGTON, OH 45177 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 3C6UR5CL2PG569312 | Issuance Date | 5/16/2023 |
| Title Number | 16300145052090042 | Received Date | 5/16/2023 |
| Title State | TX | ELT/Paper | ELECTRONIC |
| Year | 2023 | Odometer Reading | 13 |
| Make | RAM | Branding | |
| Model | | | |
| Owner 1 | BYRON EARL WALKER | | |
| Owner 2 | | | |
| Owner Address | 1206 DELMARVA CT GRANBURY, TX 76048 | | |

Printed: Wednesday, January 29, 2025 5:56:45 AM PST