

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# TD Auto Finance

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | [redacted] | **Financed Date** | 4/26/2023 |
| **Loan Number** | [redacted] | **Perfected Date** | 6/1/2023 |
| **Branch** | 294 | **Payoff Date** | |
| **Borrower 1** | WALKER, BYRON E | **Dealer ID** | 20510 |
| **Borrower 2** | | **Dealer** | BROWN CHEVROLET COMPANY INC |
| **Borrower Address** | 1206 DELMARVA CT GRANBURY, TX 76048 | **Dealer Address** | 170 IH 35 N DEVINE, TX 78016 |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 01013777000 |
| **Lienholder** | TD BANK, N.A. |
| **Lienholder Address** | PO BOX 675 WILMINGTON, OH 45177 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 3C6UR5CL4PG569313 | **Issuance Date** | 6/1/2023 |
| **Title Number** | 16300145068092116 | **Received Date** | 6/1/2023 |
| **Title State** | TX | **ELT/Paper** | ELECTRONIC |
| **Year** | 2023 | **Odometer Reading** | 17 |
| **Make** | RAM | **Branding** | |
| **Model** | | | |
| **Owner 1** | BYRON EARL WALKER | | |
| **Owner 2** | | | |
| **Owner Address** | 1206 DELMARVA CT GRANBURY, TX 760484372 | | |

Printed: Wednesday, January 29, 2025 6:00:05 AM PST