Matthew T. Taplett
State Bar No. 24028026
Pope, Hardwicke, Christie, Schell,
  Kelly & Taplett, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No.: (817) 332-3245
Facsimile No.: (817) 877-4781
E-mail:  mtaplett@popehardwicke.com
Attorneys for PLAINSCAPITAL BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40278 |
| BYRON EARL WALKER | § | |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, PLAINSCAPITAL BANK, a creditor and party-in-interest herein, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Matthew T. Taplett, Esq.
Pope, Hardwicke, Christie, Schell, Kelly & Taplett, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas 76102

Date: March 3, 2025

Respectfully submitted,

POPE, HARDWICKE, CHRISTIE, SCHELL,
  KELLY & TAPLETT, L.L.P.

By:   */s/ Matthew T. Taplett*
      Matthew T. Taplett
      State Bar No. 24028026

500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No. (817) 332-3245
Facsimile No. (817) 877-4781
E-mail: mtaplett@popehardwicke.com

ATTORNEYS FOR PLAINSCAPITAL BANK

## CERTIFICATE OF SERVICE

      This is to certify that on this 3rd day of March, 2025, a true and correct copy of this document was served via the ECF system or by U.S. first class mail, postage prepaid, on the following:

| | |
|---|---|
| U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202 | Amitkumar Sharma<br>AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept APS<br>Oklahoma City, OK 73118 |
| Pam Bassel, Trustee<br>860 Airport Freeway<br>Suite 150<br>Hurst, TX 76054 | Lawrence Law Herrerra<br>Allmand Law Firm, PLLC<br>860 Airport Freeway, Suite 401<br>Hurst, TX 76054 |
| Camille Stecker<br>Linebarger, Goggan, Blair<br>& Sampson, LLP<br>2777 N. Stemmons Frwy.<br>Suite 1000<br>Dallas, TX  75207 | All other parties requesting notice. |
| Stephen Wilcox<br>Wilcox Law, P.L.L.C.<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | |

                                         By: */s/ Matthew T. Taplett*
                                              Matthew T. Taplett

P:PCB/Walker, B./Notice of Appearance.docx