**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                                            CASE NO.: 25-40278-MXM-13

**BYRON EARL WALKER**
1206 DELMARVA CT
GRANBURY, TX 76048
SSN/TIN: XXX-XX-5640

**DEBTOR**

**REPORT OF SECTION 341 MEETING**

**Meeting Information:**          Meeting Date:  March 11, 2025
                                                Original Date:  March 11, 2025

**341 Meeting:**    **CONCLUDED**


By:    /s/  Ethan Cartwright
          Ethan Cartwright
          Presiding Officer