PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                CASE NO: 25-40278-MXM-13

**BYRON EARL WALKER**
    1206 DELMARVA CT
    GRANBURY, TX 76048
    SSN/TIN: XXX-XX-5640

**DEBTOR**                                        **HEARING: APRIL 17, 2025  AT 8:30 AM**

### NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

     If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

                                                    Respectfully submitted,

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

ALLMAND LAW FIRM,  860 AIRPORT FWY SUITE 401,  HURST, TX  76054-0000

Ally Bank,  AIS Portfolio Services LP,  4515 N Santa Fe Ave Dept APS,  Oklahoma City, OK  73118

ALLY BANK,  PAYMENT PROCESSING CENTER,  PO BOX 660618,  DALLAS, TX  75266-0000

Ally Financial Inc,  Attn Bankruptcy,  500 Woodard Ave,  Detroit, MI  48226

ATTORNEY GENERAL OF TEXAS,  PO BOX 12017,  AUSTIN, TX  78711

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

CAPITAL ONE BANK USA NA,  BY AMERICAN INFOSOURCE LP AS AGENT,  PO BOX 71083,  CHARLOTTE, NC  28272

CATIPILLAR FINANCIAL SERVICES,  PO BOX 730681,  DALLAS, TX  75373

Celena Jill Walker,  800 Chanel Drive 123,  Granbury, TX  76048

CHASE,  PO BOX 5210,  NEW HYDE PARK, NY  11042-0000

DEERE & COMPANY,  PO BOX 6600,  JOHNSON, IA  50131

HOOD CAD,  C/O LINEBARGER GOGGAN BLAIR & SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

HOOD COUNTY APPRAISAL DISTRICT,  PO BOX 819,  GRANBURY, TX  76048

Hood county Court of Law,  1200 W Pearl St,  Granbury, TX  76048-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

JOHN DEERE,  PO BOX 650215,  DALLAS, TX  75265

JOHN DEERE CREDIT,  23176 NETWORK PLACE,  CHICAGO, IL  60673

JP MORGAN CHASE BANK NA,  NATIONAL BANKRUPTCY DEPT,  PO BOX 901032,  FT WORTH, TX  76101

JP MORGAN CHASE BANK NA,  NATIONAL BANKRUPTCY DEPT,  PO BOX 29505 AZ1-5757,  PHOENIX, AZ  85038

JPMORGAN CHASE BANK N A,  BANKRUPTCY MAIL INTAKE TEAM,  700 KANSAS LANE FLOOR 01,  MONROE, LA  71203

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

PLAINS CAPITAL BANK,  PO BOX 93600,  LUBBOCK, TX  79493-0000

PLAINSCAPITAL BANK,  ATTN BANKRUPTCY DEPT,  PO BOX 660,  EDINBURG, TX  78540

POPE HARDWICKE CHRISTIE SCHELL KELLY & TAPLETT LLP,  500 W 7TH ST STE 600,  FORT WORTH, TX  76102-0000

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

RWE Services LLC,  1206 Delmarva Ct,  Granbury, TX  76048

Sabrina Tibbetts,  1206 Delmarva Ct,  Granbury, TX  76048

Security Service Federal Credit Union,  15000 IH 10 West,  San Antonio, TX  78248-0000

TD Auto Finance,  Attn Bankruptcy,  PO Box 9223,  Farmington Hills, MI  48333

TD AUTO FINANCE,  PO BOX 16041,  LEWSITON, ME  04243-0000

TD Auto Finance LLC,  c o Wilcox Law PLLC,  PO Box 201849,  Arlington, TX  76006

TD Bank NA successor in interest to,  TD Auto Finance LLC,  PO Box 551080,  Jacksonville, FL  32255

Texas Alcoholic Beverage Comm,  Alcoholic Beverage Sales Tax,  PO Box 12548,  Austin, TX  78711

TEXAS BANK,  PO BOX 760,  WEATHERFORD, TX  76086

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

United States Attorney   NORTH,  3rd Floor 1100 Commerce St Suite 700,  Dallas, TX  75242-0000

US DEPT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

Verizon,  Attn Bankruptcy,  PO Box 4457,  Houston, TX  77210

Walker Cutting Horses LLC,  1206 Delmarva Ct,  Granbury, TX  76048

WILCOX LAW PLLC,  PO BOX 201849,  ARLINGTON, TX  76006-0000

***Address on record invalid for recipient -- no document mailed to this party.