**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
860 Airport Freeway, Suite 150
Hurst, TX 75054
Phone (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                      **CASE NO.: 25-40278-MXM-13**

**BYRON EARL WALKER**
**1206 DELMARVA CT**
**GRANBURY, TX 76048**
**HOOD-TX**
**SSN / ITIN: XXX-XX-5640**
**DBA WALKER CUTTING HORSES, LLC**

**DEBTOR(S)**                             **HEARING: APRIL 17, 2025 AT 8:30 AM**

### TRUSTEE'S MOTION TO DISMISS FOR INELIGIBILITY

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee who files this Motion to Dismiss under 11 U.S.C. §§ 109(e) & 1307 and FED. R. BANKR. P. RULE 9014. Trustee would respectfully show:

1. The Court has jurisdiction, and this is a core proceeding.[1]

2. Debtor scheduled $1,974,504.72 of secured claims.

3. Under § 109(e), Debtor is not eligible for relief under Chapter 13 because the Debtor is not an individual that owes, on the date of the filing of the petition, noncontingent, liquidated, secured debts of less than $1,395,875.00.

WHEREFORE, Trustee prays that this Chapter 13 case be DISMISSED and for general relief.

Respectfully submitted,

By:     /s/ Ethan S. Cartwright
         Ethan S. Cartwright, Staff Attorney
         Bar No.  24068273
         PAM BASSEL STANDING CHAPTER 13 TRUSTEE
         Bar No. 01344800
         860 Airport Freeway, Suite 150
         Hurst, TX 76054
         (817) 916-4710 Phone

---

[1] 11 U.S.C. § 105 & 28 U.S.C. §§ 157(b) & 1334.

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor(s) and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
           Ethan S. Cartwright

BYRON EARL WALKER
1206 DELMARVA CT
GRANBURY, TX 76048