**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
860 Airport Freeway, Suite 150
Hurst, Texas 76054
Phone (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 25-40278-MXM-13**

**BYRON EARL WALKER
1206 DELMARVA CT
GRANBURY, TX 76048
HOOD-TX
SSN / ITIN: XXX-XX-5640
DBA WALKER CUTTING HORSES, LLC**

**DEBTOR(S)**　　　　　　　　　　　　　　　　　　　　　　　　　　　**HEARING: APRIL 17, 2025 AT 8:30 AM**

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS**

　　　This matter will be called at the docket call on the date and time above in Room 120 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

Attend by WebEx Video:

　　　Link: https://us-courts.webex.com/meet/mullin

Attend by WebEx Telephone:

　　　Dial In:　　　(650) 479-3207
　　　ID/Code:　　2310-650-8783

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　　/s/ Ethan S. Cartwright
　　　　　　　　　　　　　　　　　　　　Ethan S. Cartwright, Staff Attorney
　　　　　　　　　　　　　　　　　　　　Bar No. 24068273
　　　　　　　　　　　　　　　　　　　　PAM BASSEL STANDING CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　Bar No. 01344800
　　　　　　　　　　　　　　　　　　　　860 Airport Freeway, Suite 150
　　　　　　　　　　　　　　　　　　　　Hurst, Texas 76054
　　　　　　　　　　　　　　　　　　　　(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney, if any, and all parties entitled to electronic notice and by first class mail on the Debtor(s) and the parties listed below, if any.

                                                    By:    /s/ Ethan S. Cartwright
                                                                    Ethan S. Cartwright

BYRON EARL WALKER
1206 DELMARVA CT
GRANBURY, TX 76048