**Allmand Law Firm, PLLC**
860 Airport Fwy Ste 401
Hurst, TX 76054-3264
Bar Number: 24041409
Phone: (214) 265-0123
Fax: (214) 265-1979
Email: questions@AllmandLaw.Com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Revised 10/1/2016

| | | | |
|---|---|---|---|
| IN RE: | Byron Earl Walker<br>1206 Delmarva Ct<br>Granbury, TX 76048 | xxx-xx-5640 § <br> § <br> § <br> § <br> § <br>Debtor(s) | CASE NO: **25-40278-MXM-13**<br><br>Chapter 13 |

## AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS    DATED: **03/24/2025**

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed as indicated below:

| Periodic Payment Amount | | $4,600.00 |
|---|---|---|
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $5.00 carried forward |
| Trustee Percentage Fee | $454.44 | $460.00 |
| Filing Fee | $0.00 | $0.00 |
| Noticing Fee | $32.40 | $0.00 |
| **Subtotal Expenses/Fees** | $491.84 | $460.00 |
| Available for payment of Adequate Protection, Attorney Fees and Current Post-Petition Mortgage Payments: | $4,108.16 | $4,140.00 |

## CREDITORS SECURED BY VEHICLES (CAR CREDITORS):

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| TD Bank, N.A., successor in interest to | 2023 Dodge Ram Truck Tradesman 2500 VIN: 3C6UR5CL2PG569312 Used in oil pipeline work - more depreciation than is typical | $58,431.66 | $30,000.00 | 2.12% | $634.69 |
| JPMorgan Chase Bank, N.A. | 2023 Dodge Ram Truck Tradesman 2500 VIN: 3C6UR5CLXPG569316 Used in oil pipeline work - more depreciation than is typical | $56,925.98 | $30,000.00 | 1.25% | $375.00 |
| Security Service FCU | 2023 Dodge Ram Truck Tradesman 2500 VIN: 3C6UR5CL1PG569317 Used in oil pipeline work - more depreciation than is typical | $57,849.00 | $30,000.00 | 1.25% | $375.00 |

Debtor **Byron Earl Walker**     Case number **25-40278-MXM-13**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| TD Bank, N.A., successor in interest to | 2023 Ram Truck Tradesman 2500 VIN: 3C6UR5CL4PG569313 Used in oil pipeline work - more depreciation than is typical | $44,113.98 | $30,000.00 | 2.12% | $634.69 |
| | Total Adequate Protection Payments for Creditors Secured by Vehicles: | | | | $2,019.38 |

## CURRENT POST-PETITION MORTGAGE PAYMENTS (CONDUIT):

| Name | Collateral | Start Date | Scheduled Amount | Value of Collateral | Payment Amount |
|---|---|---|---|---|---|
| | Payments for Current Post-Petition Mortgage Payments (Conduit): | | | | $0.00 |

## CREDITORS SECURED BY COLLATERAL OTHER THAN A VEHICLE:

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| | Total Adequate Protection Payments for Creditors Secured by Collateral other than a vehicle: | | | | $0.00 |

### TOTAL PRE-CONFIRMATION PAYMENTS

**First Month Disbursement (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | $0.00 |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | $2,019.38 |
| Debtor's Attorney, per mo: | $2,088.22 |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | $0.00 |

**Disbursements starting month 2 (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | $0.00 |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | $2,019.38 |
| Debtor's Attorney, per mo: | $992.78 |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | $0.00 |

**Order of Payment:**

Debtor **Byron Earl Walker**     Case number **25-40278-MXM-13**

Unless otherwise ordered by the court, all claims and other disbursements made by the Chapter 13 Trustee prior to entry of an order confirming the Chapter 13 Plan will be paid in the order set out above. All disbursements which are in a specified monthly amount are referred to as "per mo". At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on the per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. Other than the Current Post-Petition Mortgage Payments, the principal balance owing upon confirmation of the Plan on the allowed secured claim shall be reduced by the total of adequate protection payments, less any interest (if applicable), paid to the creditor by the Trustee.

DATED: **03/24/2025**

**/s/ Eric A Maskell**
Attorney for Debtor(s)