PAM BASSEL STANDING CHAPTER 13 TRUSTEE
860 AIRPORT FREEWAY, STE 150
HURST, TX 76054
TELEPHONE: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

BYRON EARL WALKER
1206 DELMARVA CT
GRANBURY, TX 76048
SSN/TIN: XXX-XX-5640

DEBTOR

CASE NO.: 25-40278-MXM-13

## TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. 1302(c)

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c). Trustee would respectfully show the Court:

1. Name of business: RWE Services, LLC and Walker Cutting Horses, LLC.
2. Location of business: Granbury, Texas.
3. Type of business: oil field services and cutting horse breeding.
4. Type of business entity: LLC.
5. Business license required and current: not required.
6. Business insurance current: yes.
7. All federal tax returns have been filed: yes.
   If no, list unfiled returns: N/A.
8. Debtor obtains trade credit in the operation of business: yes.
9. Number of employees or contract laborers (excluding family members): twelve.
10. The result of the Trustee's investigation pursuant to 11 U.S.C. 1106(a) is summarized in Exhibit I.

Dated this ___3rd___ day of ___April___ 2025.

_____
Pam Bassel
Chapter 13 Standing Trustee

EXHIBIT I

|  | Tax Year 2023 | Monthly Average | P & L 6 months 01-2025 | Monthly Average | Schedule I & J | CMI |
|---|---|---|---|---|---|---|
| Gross Income | 1,905,407 | 158,784 | 873,107 | 145,518 | 156,514 | 131,821 |
| Less Cost of Goods Sold | 202,295 | 16,858 | 57,962 | 9,660 |  |  |
| Gross Profit | 1,703,112 | 141,926 | 815,145 | 135,858 | 156,514 | 131,821 |
| Less Business Expenses | 1,327,918 | 110,660 | 740,744 | 123,457 | 129,245 | 116,189 |
| **Net Profit** | 375,194 | 31,266 | ¹74,401 | 12,400 | 27,269 | 15,632 |
| Plus Paid to Owner |  |  |  |  |  |  |
| Plus Depreciation | 236,767 | 19,731 |  |  |  |  |
| Plus Other Income | ²(406,768) | (33,897) |  |  |  |  |
| Total Before Tax Income | 205,193 | 17,099 | 74,401 | 12,400 | 27,269 | 15,632 |
| Less Income & SE Taxes |  |  |  |  |  |  |
| Net After Tax Income | 205,193 | 17,099 | 74,401 | 12,400 | 27,269 | 15,632 |

Mr. Walker has been in business twenty four years. The companies made a net profit in 2023. They continued to be profitable during the six month period ending in January 2025. However, the profit actually earned is far less than that reflected in the bankruptcy schedules. The resultant net income is not sufficient to pay the debtor's personal living expenses and fund the chapter 13 plan. Quarterly estimated tax payments have not been made nor included in the budget. For these reasons, the plan is deemed to be not feasible.

It is the opinion of the Trustee pursuant to 11 U.S.C. 1302(c) and 1106(a), based upon the financial data furnished by the debtor, that the debtor's business is not viable, the continuance of the business is not desirable and **the plan is not feasible**. The Trustee is not aware of any facts pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the debtor, or of a cause of action available to the estate.

---

¹ This is a consolidated profit and loss statement for Walker Cutting Horses LLC and RWE Services LLC. It includes statements for August through January for Walker. The September statement for RWE was not provided to the Trustee so the July statement was included.

² Includes a farm loss in the amount of ($391,764.00) and a net operating loss carryover in the amount of ($194,004.00).