UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **In re:** | |
| **Byron Earl Walker** | Case No. 22-40278-mxm13 |
| 1206 Delmarva Ct. | |
| Granbury, TX 76048 | Chapter 13 |
| SSN: xxx-xx-5640 | |
| **Debtor**, | |

### ORDER CONVERTING CHAPTER 13 CASE TO CHAPTER 11 SUBCHAPTER V CASE AND EXTENDING TIME

On April 10, 2025, the Debtor filed a motion seeking to convert the Chapter 13 Case to Chapter 11 Subchapter V Case under § 1307(d) ("Motion"). The Court has considered the Motion in the Debtor's present Chapter 13 case and finds that the case "has not been converted under section 706, 1112, or 1208" of title 11 and the Debtor has not had a chapter 13 plan confirmed in this case.

The Court further finds that the Motion should be granted, as it is in the best interest of the estate and creditors, and the bankruptcy case should be converted to a Chapter 11 Subchapter V.

IT IS THEREFORE ORDERED THAT:

1. The above-captioned case be converted to a proceeding under Chapter 11 Subchapter V of Title 11 of the United States Code.

2. The Chapter 13 Trustee is hereby relieved of her duties.

3. Any undistributed plan payments made by the Debtor to the Chapter 13 Trustee shall be returned to the Debtor.

4. A Subchapter 13 Trustee shall be appointed in the converted case.

5. The Clerk under 11 U.S.C. § 341(a) shall notice a first meeting of creditors

6. The Status Conference required under § 1188(a) be reset for _____ o'clock __. m. on _____, 2025.

7. The deadline for the Debtor file a plan under § 1189(b) is extended and reset for close of business on _____, 2025.

8. A copy of this order shall be served by the Debtor on all creditors listed in the matrix.

### End Of Order ###

Prepared by:

Clayton Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Proposed Counsel for Debtor