Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BYRON WALKER, | § | CASE NO. 25-40278-MXM-13 |
| DEBTOR. | § | |

### NOTICE OF TERMINATION OF AUTOMATIC STAY

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), and hereby certifies that Byron Walker ("Debtor") has defaulted under the terms of the Agreed Order Regarding the Automatic Stay entered on March 26, 2025 regarding the 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL2PG569312 and the 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL4PG569313 (collectively, "Collateral") due to the following facts:

1.    Per the terms of the entered Agreed Order, within ten (10) days of the entry of the Agreed Order, Debtor was to file an amended adequate protection disbursement ("APD") to incorporate the terms and provisions set forth in the entered Agreed Order. Failure to amend the APD within ten (10) days of the entry of the Agreed Order was an event of default. As of the date of this order, an amended APD has not been filed.

2.    Therefore, pursuant to the default provisions of the Agreed Order, the Automatic Stay has terminated with respect to TD Bank, N.A., successor in interest to TD Auto Finance LLC and the Collateral.

        Respectfully submitted,
        /s/ Stephen G. Wilcox
        Stephen G. Wilcox
        State Bar Number 21454300
        WILCOX LAW, PLLC
        P.O. Box 201849
        Arlington, Texas 76006
        (817) 870-1694 Telephone

swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A.,
SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Byron Walker
1206 Delmarva Court
Granbury, TX 76048

and by ELECTRONIC FILING on:

Eric Maskell
Allmand Law Firm, PLLC
860 Airport Frwy., Suite 401
Hurst, TX 76054

Pam Bassel
860 Airport Frwy., Suite 150
Hurst, TX 76054

on April 16, 2025.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

953-03937-607433