Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BYRON WALKER, | § | CASE NO. 25-40278-MXM-13 |
| DEBTOR. | § | |

**WITHDRAWAL OF THE NOTICE OF TERMINATION OF AUTOMATIC STAY**

TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), hereby withdraws its Notice of Termination, filed April 16, 2025 (Doc. 43) regarding the 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL2PG569312 and the 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL4PG569313.

Respectfully submitted,
/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, Texas 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A.,
SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Byron Walker
1206 Delmarva Court
Granbury, TX 76048

and by ELECTRONIC FILING on:

Eric Maskell
Allmand Law Firm, PLLC
860 Airport Frwy., Suite 401
Hurst, TX 76054

Pam Bassel
860 Airport Frwy., Suite 150
Hurst, TX 76054

on April 17, 2025.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

953-03937-607567