Norred Law, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984
Email: clayton@norredlaw.com
Proposed Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **In re:** <br><br> **Byron Earl Walker** <br> 1206 Delmarva Ct. <br> Granbury, TX 76048 <br> SSN: xxx-xx-5640 <br><br> **Debtor**. | Case No. 25-40278-mxm13 <br><br> Chapter 13 |

### AGREED MOTION TO SUBSTITUTE COUNSEL FOR BYRON EARL WALKER

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Eric Maskell of Allmand Law Firm, PLLC moves the Court to substitute Clayton L. Everett as counsel for Byron Earl Walker ("Mr. Walker") and in support thereof would show the following:

1. This Court has jurisdiction pursuant to 11 U.S.C. § 1334 and § 157.

2. This is a core proceeding under 28 U.S.C. § 157(b).

3. Mr. Walker filed this Bankruptcy Case on January 24, 2025. The Chapter 13 Plan has not been confirmed in this case and the Debtor and proposed new counsel filed a motion to convert the case to Chapter 11 on April 10, 2025 [Dkt. No. 42].

4. Mr. Walker needs to acquire new counsel to move forward and represent him in the conversion of the case to Chapter 11 Subchapter V. Clayton Everett, of Norred Law, PLLC in Arlington, has agreed to take over this Case and represent Mr. Walker accordingly.

5. Mr. Walker has agreed to the transfer of his file to Clayton Everett as shown by his signature below.

6. Mr. Walker desires to hire Clayton Everett, with Norred Law, PLLC, to represent him in this matter. Mr. Walker's current counsel, Eric Maskell, also agrees to the relief sought in this Motion.

WHEREFORE, Mr. Walker requests that the Court substitute Clayton Everett, of Norred Law, PLLC, for Eric Maskell of Allmand Law Firm, PLLC, as his Counsel of Record in this matter and that he receives such other and further relief as the Court deems fair and just.

DATED: April 17, 2025.

By: __/s/ Clayton L. Everett__
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817) 704-3984
Proposed Counsel

Respectfully submitted:

By: _____
Byron Earl Walker

By: __/s/ Eric Maskell__
emaskell@allmandlaw.com
Allmand Law Firm, PLLC
860 Airport Frwy. Suite 401
Hurst, TX 76054
(214) 265-0123

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system and/or by first class mail to the following:

*U.S. Trustee:*
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

*Chapter 13 Trustee:*
Pam Bassel
Office of the Standing Ch.13 Trustee
860 Airport Frwy. Suite 150
Hurst, TX 76054

Eric Maskell
Allmand Law Firm, PLLC
860 Airport Frwy. Suite 401
Hurst, TX 76054

Byron Earl Walker
1206 Delmarva Ct.
Granbury, TX 76048

/s/ Clayton L. Everett
Clayton L. Everett