

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 18, 2025**

_United States Bankruptcy Judge_

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                            CASE NO.: 25-40278-MXM

**Byron Earl Walker**
1206 Delmarva Ct
Granbury, TX 76048
SSN/TIN: XXX-XX-5640

### ORDER DENYING CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN AND MOTION FOR VALUATION

Came on for consideration Confirmation of the Debtor's Chapter 13 Plan and Motion for Valuation ("Plan") filed on or about February 20, 2025. The Court finds that notice was and is appropriate under the circumstances. The Court is of the opinion that confirmation should be DENIED based on:

The Parties' announcement of no opposition at or prior to docket call.

IT IS THEREFORE ORDERED that confirmation of the Debtor's Plan is DENIED.

# # # END OF ORDER # # #