BTXN 176 (rev. 12/24)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Byron Earl Walker § Case No.: 25−40278−mxm13
 § Chapter No.: 13
 Debtor(s) §

# NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION FOR COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 USC § 1328). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must file a certificate of course completion issued by the provider, as described in 11 U.S.C. § 111.*

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that a certificate of course completion issued by the provider must be filed before a discharge can be entered. The certificate of course completion must be filed no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under § 1328(b) of the Code.

Failure to file the certificate of course completion will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certificate of course completion, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED: 4/28/25                         FOR THE COURT:
                                       Stephen J Manz, Clerk of Court

*NOTE: A certificate of course completion issued by the provider must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 25-40278-mxm
Byron Earl Walker  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 2
Date Rcvd: Apr 29, 2025      Form ID: BTXN176      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Byron Earl Walker, 1206 Delmarva Ct, Granbury, TX 76048-4372 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor Hood CAD Camille.Stecker@lgbs.com Eva.Parker@lgbs.com;Sean.french@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Clayton Everett | on behalf of Debtor Byron Earl Walker clayton@norredlaw.com |
| Matthew Thomas Taplett | on behalf of Creditor PlainsCapital Bank mtaplett@popehardwicke.com |
| Pam Bassel | fwch13cmecf@fwch13.com |
| Pam Bassel | on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com |
| Stephen Wilcox | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC kraudry@wilcoxlaw.net, |

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 29, 2025 | Form ID: BTXN176 | Total Noticed: 1 |

swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred
    on behalf of Debtor Byron Earl Walker warren@norredlaw.com
    anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

TOTAL: 8