Sharon H. Sjostrom
BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)

**Attorneys for Deere & Company
d/b/a John Deere Financial**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## (FORT WORTH DIVISION)

| | | |
|---|---|---|
| In re: | § § | |
| Byron Earl Walker | § | Case No. 25-40278-mxm11 |
| Debtor(s) | § § | Final Hearing Date: February 12, 2026 |
| | § | Final Hearing Time: 1:30 p.m. |
| Deere & Company d/b/a John Deere Financial | § § § | |
| Movant | § § | |
| vs. | § § | |
| Byron Earl Walker | § § | |
| Debtor(s)/Respondent(s) | § § | |

## NOTICE OF RESET FINAL HEARING

The Motion of Movant for Relief from Automatic Stay is reset for final hearing on February 12, 2026 at 1:30 p.m., before the Honorable Mark X. Mullin, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and/or by WebEx video conference using the following link:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**Instructions for attending hearing by WebEx may be found at this link:**

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates

Respectfully submitted,

BLALACK & WILLIAMS, P.C.
Attorneys for Movant

BY:  /s/ Sharon H. Sjostrom
Sharon H. Sjostrom, ID #09836700
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system or first class mail on the 28rd day of January, 2026 upon all parties listed below.

/s/ Sharon H. Sjostrom
Sharon H. Sjostrom

| | |
|---|---|
| Byron Earl Walker<br>Debtor<br>1206 Delmarva Ct<br>Granbury, TX 76048 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 |
| Clayton Everett<br>Warren V. Norred<br>Attorney for Debtor<br>515 E. Border St., Ste 163<br>Arlington, TX 76010 | Hood CAD<br>c/o Camille Stecker<br>John Kendrick Turner<br>Linebarger Goggan Blair & Sampson, LLP<br>3500 Maple Avenue, Suite 800<br>Dallas, TX 75219 |
| Pam Bassel<br>Office of The Standing Ch.13 Trustee<br>860 Airport Freeway, Suite 150<br>Hurst, TX 76054 | Plains Capital Bank<br>c/o Matthew Thomas Taplett<br>Pope, Hardwicke, Christie, et. al.<br>500 West 7th Street, Suite 600/Unit 9<br>Ft. Worth, TX 76102 |
| United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75202 | Frances A. Smith<br>c/o Offit Kurman<br>700 N. Pearl Street, Ste 1610<br>Dallas, TX 75201 |

**Parties Requesting Notice:**

| | |
|---|---|
| TD Bank, N.A., Successor in Interest to TD Auto Finance, LLC c/o Stephen Wilcox | Wilcox Law, PLLC P.O. Box 201849 Arlington, TX 76006 |