## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHER DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **Bryon Earl Walker** | § | **Case No.  25-40278** |
| | § | |
| **Debtor** | § | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Hood CAD, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its Proof of Claim in this case.  Hood CAD filed its claim on or about November 26, 2025, in the amount of $5,716.03, which is designated as claim number 9 on the claims register.  That claim is no longer owed by the Debtor.  Therefore, Hood CAD hereby withdraws its claim.

### CERTIFICATE OF SERVICE

I hereby certify that on the  6th  day of February, 2026, a true and correct copy of the above document was filed with the Court and served via the Court's electronic noticing system upon all parties receiving electronic notice.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
3500 Maple Avenue, Suite 800
Dallas, TX  75219
(214) 880-0089 - Telephone
(469) 221-5003 - Fax

By:      /s/ John K. Turner
         John K. Turner
         SBN 00788563