**Fill in this information to identify the case:**

Debtor Name: Byron Walker

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-40278-mxm-11

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11         12/17

Month: January

Line of business: Oilfield

Date report filed: 02/20/2026
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Byron Walker

Original signature of responsible party: *[signature]*

Printed name of responsible party: Byron Walker

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☑ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☑ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☑ | ☐ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name  Byron Walker                                    Case number  25-40278-mxm-11

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 13,739.46

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 8,939.24

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 15,929.58

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 6,990.34

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 6,749.12

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00
    *(Exhibit E)*

Debtor Name  Byron Walker                               Case number  25-40278-mxm-11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                        $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                     0
27. What is the number of employees as of the date of this monthly report?                        0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ 5,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?                                 $ 0.00
31. How much have you paid in total other professional fees since filing the case?                $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 5,800.00 | − | $ 8,939.24 | = | $ 3,139.24 |
| 33. Cash disbursements | $ 5,700.00 | − | $ 15,929.58 | = | $ 10,229.58 |
| 34. Net cash flow | $ 100.00 | − | $ 6,990.34 | = | $ -7,090.34 |

35. Total projected cash receipts for the next month:            $ 5,800.00
36. Total projected cash disbursements for the next month:     − $ 5,500.00
37. Total projected net cash flow for the next month:          = $ 300.00

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 3

Debtor Name  Byron Walker                         Case number 25-40278-mxm-11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 10, 2026 through February 09, 2026
Account Number: ██████████9955

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00017006 DRE 201 141 04126 NNNNNNNNNNN T 1 000000000 06 0000
BYRON WALKER
DEBTOR IN POSSESSION CASE 25-40278
1206 DELMARVA CT
GRANBURY TX 76048-4372

## CHECKING SUMMARY — Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $13,739.46 |
| Deposits and Additions | 8,939.24 |
| Checks Paid | -6,500.00 |
| ATM & Debit Card Withdrawals | -9,429.58 |
| **Ending Balance** | **$6,749.12** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.10 |
| Interest Paid Year-to-Date | $0.16 |

Interest paid in 2025 for account 000000732539955 was $0.12.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 4006 ^ | 01/27 | $6,500.00 |
| **Total Checks Paid** | | **$6,500.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $13,739.46 |
| 01/12 | Deposit     1293239165 | 4,308.56 | 18,048.02 |
| 01/14 | Card Purchase     01/12 Longhorn Steak 0125667 Weatherford TX Card 1209 | -79.56 | 17,968.46 |
| 01/14 | Card Purchase     01/13 Mi Familia Restaurant 254-9180900 TX Card 1209 | -34.96 | 17,933.50 |
| 01/14 | Card Purchase With Pin  01/14 Caseys 4756 2101 Weath Granbury TX Card 1209 | -35.00 | 17,898.50 |

Page 1 of 4

# CHASE

January 10, 2026 through February 09, 2026
Account Number: 9955

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 01/20 | Card Purchase | 01/16 Hood County Cscd Cp Granbury TX Card 1209 | -60.00 | 17,838.50 |
| 01/20 | Card Purchase 1209 | 01/16 Hood County Cscd Cp Sr 877-8852097 IL Card | -2.00 | 17,836.50 |
| 01/20 | Card Purchase 1209 | 01/18 Sq *Bosque Ranch Event Weatherford TX Card | -531.20 | 17,305.30 |
| 01/22 | Card Purchase 1209 | 01/22 National Cutting Horse Fort Worth TX Card | -3,296.00 | 14,009.30 |
| 01/26 | Card Purchase | 01/23 Mid-South Equine Sport Tioga TX Card 1209 | -1,358.50 | 12,650.80 |
| 01/27 | Card Purchase With Pin   01/27 Caseys 4756 2101 Weath Granbury TX Card 1209 | | -15.04 | 12,635.76 |
| 01/27 | Check | # 4006 | -6,500.00 | 6,135.76 |
| 01/29 | Card Purchase W/Cash   01/29 Cvs/Pharmacy #07 07757 Amarillo TX Card 1209
Purchase $65.98 Cash Back $40.00 | | -105.98 | 6,029.78 |
| 01/30 | Vacp Treas 310   Xxva Benef   PPD ID: 9111036002 | | 3,938.58 | 9,968.36 |
| 01/30 | Card Purchase 1209 | 01/29 Sp Tarte Cosmetics Tartecosmetic NY Card | -42.91 | 9,925.45 |
| 01/30 | Card Purchase | 01/29 Tst* Metropolitan-A Spe Amarillo TX Card 1209 | -244.58 | 9,680.87 |
| 01/30 | Card Purchase With Pin   01/30 Taylor Food #2005 Amarillo TX Card 1209 | | -41.00 | 9,639.87 |
| 02/02 | Card Purchase | 01/30 Holiday Inns Amarillo TX Card 1209 | -1.00 | 9,638.87 |
| 02/02 | Card Purchase 1209 | 01/30 Amarillo Natl Bank Cal 806-3788212 TX Card | -1,296.61 | 8,342.26 |
| 02/03 | Card Purchase 1209 | 02/02 Vital Veterans Consu 190-46730325 FL Card | -1,576.28 | 6,765.98 |
| 02/03 | Card Purchase With Pin   02/03 H-E-B #631 Granbury TX Card 1209 | | -196.19 | 6,569.79 |
| 02/05 | Card Purchase | 02/04 Hood County Cscd Cp Granbury TX Card 1209 | -60.00 | 6,509.79 |
| 02/05 | Card Purchase 1209 | 02/04 Hood County Cscd Cp Sr 877-8852097 IL Card | -2.00 | 6,507.79 |
| 02/05 | Card Purchase 1209 | 02/04 IN *Noyes Pool And Spa 682-5002606 TX Card | -200.00 | 6,307.79 |
| 02/06 | Card Purchase | 02/04 Waterin Trough Granbury TX Card 1209 | -7.71 | 6,300.08 |
| 02/09 | Deposit   1293389412 | | 692.00 | 6,992.08 |
| 02/09 | Card Purchase 1209 | 02/07 Sq *Absolute Urgent Car Gosq.Com TX Card | -100.00 | 6,892.08 |
| 02/09 | Card Purchase | 02/08 Sp Shop Flavcity Shopflavcity. IL Card 1209 | -33.00 | 6,859.08 |
| 02/09 | Card Purchase With Pin   02/08 Caseys #4756 Granbury TX Card 1209 | | -52.00 | 6,807.08 |
| 02/09 | Card Purchase | 02/08 Walgreens #5921 Granbury TX Card 1209 | -11.57 | 6,795.51 |
| 02/09 | Card Purchase W/Cash   02/09 Cvs/Pharmacy #07 07292 Granbury TX Card 1209
Purchase $6.49 Cash Back $40.00 | | -46.49 | 6,749.02 |
| 02/09 | Interest Payment | | 0.10 | 6,749.12 |
| | **Ending Balance** | | | **$6,749.12** |



January 10, 2026 through February 09, 2026

Account Number:                 9955



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC