# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| IN RE: | CASE NO: 25-40278-mxm11 |
|---|---|
| BYRON EARL WALKER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 113 |

On 2/19/2026, I did cause a copy of the following documents, described below,

Amended Chapter 11 Plan ECF Docket Reference No. 113

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>BYRON EARL WALKER | CASE NO: 25-40278-mxm11<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 113 |

On 2/19/2026, a copy of the following documents, described below,

Amended Chapter 11 Plan ECF Docket Reference No. 113

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-40278-MXM11
NORTHERN DISTRICT OF TEXAS
THU FEB 19 8-58-33 PST 2026

ALLY BANK CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(U)DEERE  COMPANY DBA JOHN DEERE FINANCIAL

HOOD CAD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO CAMILLE STECKER
3500 MAPLE AVENUE
SUITE 800
DALLAS  TX 75219-3959

PLAINSCAPITAL BANK
CO MATTHEW T TAPLETT  ESQ
500 W7TH ST 600  FORT WORTH  TX
FORT WORTH  TX 76102-4751

EXCLUDE

(U)TD BANK  NA  SUCCESSOR IN INTEREST TO TD A

EXCLUDE

501 W TENTH STREET
FORT WORTH  TX 76102-3637

ALLMAND LAW FIRM  PLLC
860 AIRPORT FWY STE 401
HURST  TX 76054-3264

ALLY BANK
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(D)ALLY BANK CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY FINANCIAL  INC
500 WOODARD AVE
DETROIT  MI 48226-3416

ATTORNEY GENERAL OF TEXAS
BANKRUPTCY COLLECTION DIVISION
PO BOX 12017
AUSTIN  TX 78711-2017

DEBTOR

BYRON EARL WALKER
1206 DELMARVA CT
GRANBURY  TX 76048-4372

CAPITAL ONE
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE  NC 28272-1083

CATERPILLAR FINANCIAL SERVICES CORP
POB 730681
DALLAS  TX 75373

CELENA JILL WALKER
800 CHANEL DRIVE 123
GRANBURY  TX 76048-2927

CHASE AUTO FINANCE
PO BOX 5210
NEW HYDE PARK  NY 11042-5210

(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

EXCLUDE

(D)HOOD CAD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO CAMILLE STECKER
3500 MAPLE AVENUE
SUITE 800
DALLAS  TX 75219-3959

HOOD CAD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO JOHN KENDRICK TURNER
3500 MAPLE AVENUE
SUITE 800
DALLAS  TX 75219-3959

HOOD COUNTY APPRAISAL
DISTRICT
ATTN BANKRUPTCY
PO BOX 819 GRANBURY  TX 76048

HOOD COUTY COURT AT LAW
1200 W PEARL ST
GRANBURY  TX 76048-1834

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JPMORGAN CHASE BANK  NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 29505 AZ1-5757
PHOENIX AZ 85038-9505

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE

(D)(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
2777 N STEMMONS FREEWAY  STE 1000
DALLAS TX 75207-2328

| | | |
|---|---|---|
| LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>3500 MAPLE AVE SUITE 800<br>DALLAS TX 75219-3959 | (P)PLAINSCAPITAL BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 660<br>EDINBURG TX 78540-0660 | PLAINS LOAN CAPITAL<br>ATTN OFFICER<br>PO BOX 93600<br>LUBBOCK TX 79493-3600 |
| EXCLUDE<br><br>(D)(P)PLAINSCAPITAL BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 660<br>EDINBURG TX 78540-0660 | RWE SERVICES LLC<br>1206 DELMARVA CT<br>GRANBURY TX 76048-4372 | SABRINA TIBBETTS<br>1206 DELMARVA CT<br>GRANBURY TX 76048-4372 |
| (P)SECURITY SERVICE FEDERAL CREDIT UNION<br>ATTN ASSET RECOVERY BANKRUPTCY<br>15000 IH 10 WEST<br>SAN ANTONIO TX 78249-3530 | TD AUTO FINANCE<br>ATTN OFFICER OR MANAGING AGENT<br>PO BOX 9223<br>FARMINGTON HILLS MI 48333-9223 | TD BANK NA SUCCESSOR IN INTEREST TO<br>TD AUTO FINANCE LLC<br>PO BOX 551080<br>JACKSONVILLE FL 32255-1080 |
| TD BANK NA SUCCESSOR IN INTEREST TO<br>TD AUTO FINANCE LLC<br>CO WILCOX LAW PLLC<br>PO BOX 201849<br>ARLINGTON TX 76006-1849 | TEXAS ALCOHOLIC BEVERAGE COMM<br>ALCOHOLIC BEVERAGE SALES TAX<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | TEXAS BANK<br>PO BOX 1990<br>HENDERSON TX 75653-1990 |
| US ATTORNEY GENERAL<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0009 | UNITED STATES ATTORNEY NORTH<br>3RD FLOOR 1100 COMMERCE ST SUITE 700<br>DALLAS TX 75242 | UNITED STATES TRUSTEE<br>1100 COMMERCE STREET<br>ROOM 976<br>DALLAS TX 75242-0996 |
| UNITED STATES TRUSTEE<br>1100 COMMERCE ROOM 976<br>DALLAS TX 75242-0996 | VERIZON<br>ATTN BANKRUPTCY<br>PO BOX 4457 HOUSTON TX 77210-4457 | WALKER CUTTING HORSES LLC<br>1206 DELMARVA CT<br>GRANBURY TX 76048-4372 |
| EXCLUDE<br><br>(D)BYRON EARL WALKER<br>1206 DELMARVA CT<br>GRANBURY TX 76048-4372 | CLAYTON EVERETT<br>515 E BORDER ST<br>STE 163<br>76010<br>ARLINGTON TX 76010-7402 | FRANCES A SMITH (SBRA V)<br>ROSS SMITH PC<br>700 N PEARL ST SUITE 1610<br>DALLAS TX 75201-7459 |
| WARREN V NORRED<br>NORRED LAW PLLC<br>515 E BORDER STREET<br>ARLINGTON TX 76010-7402 | | |