NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Byron Earl Walker**<br>1206 Delmarva Ct.<br>Granbury, TX 76048<br>SSN: xxx-xx-5640<br><br>**Debtor** | **Case No. 25-40278-mxm11**<br><br>**Chapter 11**<br><br>**Subchapter V Case** |

### NOTICE OF HEARING OF CONFIRMATION OF AMENDED PLAN OF REORGANIZATION DATED FEBRUARY 18, 2026

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on Byron Earl Walker's confirmation of *Amended Plan of Reorganization* [Dkt.113] has been set for **Thursday, April 16, 2026, at 1:30 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Judge. Parties may attend in person at the United States Courthouse at 501 W. Tenth Street, Fort Worth, Texas 76102, Room 128 or via WebEx, information below:

**For WebEx Video Participation/Attendance:**

**Link: https://us-courts.webex.com/meet/mullin**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207 | Meeting ID: 2310-650-8783**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates**

DATE: March 12, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Counsel for Debtor

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2026, a true and correct copy of the Notice of Hearing on Confirmation of Amended Plan of Reorganization was served via first-class U.S. Mail, postage prepaid, on all creditors and parties in interest listed on the attached Creditor Matrix, and by electronic service via the Court's CM/ECF system on all parties registered to receive electronic notice, including the United States Trustee and the Subchapter V Trustee.

By: __/s/ Clayton L. Everett____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-40278-mxm11<br>Northern District of Texas<br>Ft. Worth<br>Thu Mar 12 13:04:51 CDT 2026 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Hood CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Camille Stecker<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219-3959 |
| PlainsCapital Bank<br>c/o Matthew T. Taplett, Esq.<br>500 W.7th St. #600, Fort Worth, TX,<br>Fort Worth, TX 76102-4751 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial, Inc<br>500 Woodard Ave<br>Detroit, MI 48226-3416 | Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12017<br>Austin, TX 78711-2017 |
| Byron Earl Walker<br>1206 Delmarva Ct<br>Granbury, TX 76048-4372 | Capital One<br>by American InfoSource as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Caterpillar Financial Services Corp<br>POB 730681 Dallas, TX 75373 |
| Celena Jill Walker<br>800 Chanel Drive 123<br>Granbury, TX 76048-2927 | Chase Auto Finance<br>P.O. Box 5210<br>New Hyde Park, NY 11042-5210 | (p)DEERE CREDIT SERVICES   INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| Hood CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>DALLAS, TX 75219-3959 | Hood County Appraisal<br>District<br>Attn: Bankruptcy<br>P.O. Box 819 Granbury, TX 76048 | Hood Couty Court at Law<br>1200 W Pearl St.<br>Granbury, TX 76048-1834 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O Box 29505 AZ1-5757<br>Phoenix AZ 85038-9505 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Ste 1000<br>Dallas, TX 75207-2328 | Linebarger Goggan Blair & Sampson, LLP<br>3500 Maple Ave Suite 800<br>Dallas, TX 75219-3959 | (p)PLAINSCAPITAL BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 660<br>EDINBURG TX 78540-0660 |
| Plains Loan Capital<br>Attn: Officer<br>Po Box 93600<br>Lubbock, TX 79493-3600 | RWE Services, LLC<br>1206 Delmarva Ct<br>Granbury, TX 76048-4372 | Sabrina Tibbetts<br>1206 Delmarva Ct<br>Granbury, TX 76048-4372 |
| (p)SECURITY SERVICE FEDERAL CREDIT UNION<br>ATTN ASSET RECOVERY - BANKRUPTCY<br>15000 IH 10 WEST<br>SAN ANTONIO TX 78249-3530 | TD Auto Finance<br>Attn: Officer or Managing Agent<br>P.O. Box 9223<br>Farmington Hills, MI 48333-9223 | TD Bank, N.A., successor in interest to<br>TD Auto Finance LLC<br>P.O. Box 551080<br>Jacksonville, FL 32255-1080 |

| | | |
|---|---|---|
| TD Bank, N.A., successor in interest to<br>TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Texas Alcoholic Beverage Comm<br>Alcoholic Beverage Sales Tax<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Bank<br>P.O. Box 1990<br>Henderson TX 75653-1990 |
| US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 | United States Attorney ?NORTH<br>3rd. Floor, 1100 Commerce St Suite 700<br>Dallas, TX 75242 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| United States Trustee<br>1100 Commerce, Room 976<br>Dallas, TX 75242-0996 | Verizon<br>Attn: Bankruptcy<br>PO Box 4457 Houston, TX 77210-4457 | Walker Cutting Horses, LLC<br>1206 Delmarva Ct<br>Granbury, TX 76048-4372 |
| Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010-7402 | Frances A. Smith (SBRA V)<br>Ross & Smith, PC<br>700 N Pearl St, Suite 1610<br>Dallas, TX 75201-7459 | Warren V. Norred<br>Norred Law PLLC<br>515 E. Border Street<br>Arlington, TX 76010-7402 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Deere & Company<br>PO Box 6600<br>Johnston, IA 50131 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | (d)John Deere Financial<br>Attn: Officer or Managing Agent<br>PO Box 650215<br>Dallas, TX 75265 |
| Plains Capital Bank<br>PO Box 93600<br>Lubbock, TX 79493 | (d)PlainsCapital Bank<br>325 N. St. Paul St., Suite 800<br>Dallas, TX 75201 | Security Service FCU<br>Attn: Bankruptcy<br>P.O. Box 691510<br>San Antonio, TX 78269 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deere & Company d/b/a John Deere Financial | (u)TD Bank, N.A., successor in interest to TD | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (d)Hood CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Camille Stecker<br>3500 Maple Avenue<br>Suite 800<br>DALLAS, TX 75219-3959 | (d)Byron Earl Walker<br>1206 Delmarva Ct<br>Granbury, TX 76048-4372 | End of Label Matrix<br>Mailable recipients     41<br>Bypassed recipients      5<br>Total                    46 |