**Fill in this information to identify the case:**

Debtor Name  Byron Walker

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-40278-mxm-11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: February                                      Date report filed: 03/20/2026
                                                                         MM / DD / YYYY

Line of business: Oilfield                           NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          Byron Walker

Original signature of responsible party

Printed name of responsible party    Byron Walker

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name __Byron Walker_____     Case number__25-40278-mxm-11_____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ __6,749.12__

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ __5,659.64__

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

– $ __3,946.70__

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ __1,712.94__

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ __8,462.06__

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

(Exhibit E)

$ __0.00__

Debtor Name __Byron Walker_____     Case number __25-40278-mxm-11_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____0.00_____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     _____0_____

27. What is the number of employees as of the date of this monthly report?     _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ ____2,000.00____

30. How much have you paid this month in other professional fees?     $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?     $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 5,800.00 | — | $ 5,659.64 | = | $ 140.36 |
| 33. **Cash disbursements** | $ 5,700.00 | — | $ 3,946.70 | = | $ 1,753.30 |
| 34. **Net cash flow** | $ 100.00 | — | $ 1,712.94 | = | $ 1,612.94 |

35. Total projected cash receipts for the next month:     $ ____5,800.00____

36. Total projected cash disbursements for the next month:     − $ ____5,700.00____

37. Total projected net cash flow for the next month:     = $ ____100.00____

Debtor Name  Byron Walker _____          Case number 25-40278-mxm-11 _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 10, 2026 through March 09, 2026

Account Number: ████████9955



00016331 DRE 201 141 06926 NNNNNNNNNNN T 1 000000000 06 0000
BYRON WALKER
DEBTOR IN POSSESSION CASE 25-40278
1206 DELMARVA CT
GRANBURY TX 76048-4372

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$6,749.12** |
| Deposits and Additions | 5,659.64 |
| ATM & Debit Card Withdrawals | -2,646.70 |
| Electronic Withdrawals | -1,300.00 |
| **Ending Balance** | **$8,462.06** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.06 |
| Interest Paid Year-to-Date | $0.22 |

Interest paid in 2025 for account ████████9955 was $0.12.

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$6,749.12** |
| 02/10 | Card Purchase          02/09 Taco Casa - Granbury 817-5733229 TX Card 1209 | -8.53 | 6,740.59 |
| 02/10 | Card Purchase W/Cash    02/10 Caseys #4756 2101 Weat Granbury TX Card 1209 <br> Purchase $8.31 Cash Back $20.00 | -28.31 | 6,712.28 |
| 02/10 | Card Purchase With Pin  02/10 J  A Grocery, l Tolar TX Card 1209 | -8.76 | 6,703.52 |
| 02/11 | SSA  Treas 310  Xxsoc Sec          PPD ID: 9031736042 | **1,721.00** | 8,424.52 |
| 02/11 | Card Purchase          02/10 Lake Granbury Cafe Granbury TX Card 1209 | -10.06 | 8,414.46 |
| 02/11 | Card Purchase With Pin  02/11 Walgreens Store 1050 E Granbury TX Card 1209 | -8.55 | 8,405.91 |
| 02/12 | Card Purchase          02/11 Mcalisters Deli 564 Granbury TX Card 1209 | -23.99 | 8,381.92 |
| 02/13 | Card Purchase With Pin  02/13 Caseys #4756 2101 Weat Granbury TX Card 1209 | -20.07 | 8,361.85 |
| 02/13 | Card Purchase With Pin  02/13 Cvs/Pharmacy #07 07292 Granbury TX Card 1209 | -1.99 | 8,359.86 |
| 02/17 | Card Purchase          02/13 Wwp*Lawn Doctor 817-243-4948 TX Card 1209 | -191.99 | 8,167.87 |



February 10, 2026 through March 09, 2026

Account Number: ███████████9955

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 02/17 | Card Purchase 1209 | 02/15 Sp Cleanboss By Joy Cleanboss.CO NY Card | -53.97 | 8,113.90 |
| 02/17 | Card Purchase | 02/16 Sq *Classic Rewind Granbury TX Card 1209 | -30.00 | 8,083.90 |
| 02/18 | Card Purchase 1209 | 02/17 Tst* Hoffbrau Granbury Granbury TX Card | -56.84 | 8,027.06 |
| 02/18 | Card Purchase | 02/18 Sp Shop Flavcity Shopflavcity. IL Card 1209 | -81.90 | 7,945.16 |
| 02/19 | Card Purchase 1209 | 02/18 Sp Beauty By Earth Beautybyearth TX Card | -44.89 | 7,900.27 |
| 02/23 | Card Purchase 1209 | 02/20 Sp Beauty By Earth Beautybyearth TX Card | -38.39 | 7,861.88 |
| 02/23 | Card Purchase | 02/22 Ledford Services 817-5969729 TX Card 1209 | -315.00 | 7,546.88 |
| 02/23 | Card Purchase | 02/23 Sp Divi Official LLC Diviofficial. TX Card 1209 | -104.11 | 7,442.77 |
| 02/27 | Vacp Treas 310   Xxva Benef          PPD ID: 9111036002 | | 3,938.58 | 11,381.35 |
| 03/02 | Amarillo Natl Bk Auto Tran          PPD ID: 9111300958 | | -1,300.00 | 10,081.35 |
| 03/03 | Card Purchase 1209 | 03/02 Vitalveter* Vital Vet 190-46730325 FL Card | -1,576.28 | 8,505.07 |
| 03/05 | Card Purchase | 03/03 Caseys #4756 Granbury TX Card 1209 | -20.07 | 8,485.00 |
| 03/09 | Card Purchase | 03/06 4445 Great Clips At Mel Melissa TX Card 1209 | -23.00 | 8,462.00 |
| 03/09 | Interest Payment | | 0.06 | 8,462.06 |
| | **Ending Balance** | | | **$8,462.06** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**