NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Byron Earl Walker

## United States Bankruptcy Court
### Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Byron Earl Walker**<br>1206 Delmarva Ct.<br>Granbury, TX 76048<br>SSN: xxx-xx-5640<br><br>**Debtor.** | **Case No. 25-40278-mxm11**<br><br>**Chapter 11**<br><br>**[Subchapter V Case]** |

### DEBTOR'S NON-MATERIAL MODIFICATION TO PLAN REGARDING TREATMENT OF PLAINSCAPITAL BANK

Byron Earl Walker ("Debtor") files this Non-Material Modification ("Modification") to the Subchapter V Plan of Reorganization ("Plan"), and respectfully states:

1.      Pursuant to 11 U.S.C. § 1127(a), the Debtor hereby modifies the Plan to clarify and amend the treatment of PlainsCapital Bank ("PCB"). This Modification is limited solely to PCB's treatment and does not alter the treatment of any other creditor or interest holder.

2.      The Modification is in response to PCB's Objection filed on April 10, 2026 ("Objection") [Dkt No. 119].

### Revised Treatment of Claim No. 13 – Real Estate Loan

3.      The Plan is hereby modified to provide that PCB shall have an allowed secured claim in the amount of $702,795.41 as set forth in Proof of Claim No. 13, unless otherwise determined by the Court. This claim shall be treated as follows:

   a) Beginning on the Effective Date, the Debtor shall make monthly payments of $5,794.37;

b) Such payments shall be applied to principal and interest at a rate of 7.75% per annum (prime plus 1.00%);

c) The foregoing payment stream results in an amortization consistent with the contractual payment structure, with a final balloon payment of all remaining principal, accrued interest, and any amounts allowable under 11 U.S.C. § 506(b) due sixty (60) months after the Effective Date;

d) PCB shall retain its liens on all collateral securing its claim until payment in full; and;

e) PCB shall be entitled to post-petition interest, fees, costs, and charges to the extent allowable under 11 U.S.C. § 506(b).

**Revised Treatment of Claim No. 12 – Equipment / Vehicle Loan**

4. PCB shall have an allowed secured claim in the amount of $341,889.28, subject to adjustment. This claim shall be treated as follows:

a) Beginning on the Effective Date, the Debtor shall make monthly payments of $7,225.00;

b) Such payments shall be applied to principal and interest at a rate of 7.75% per annum (prime plus 1.00%);

c) The loan shall be amortized over a period of sixty (60) months, with a final payment of all remaining principal, accrued interest, and any amounts allowable under 11 U.S.C. § 506(b) due at maturity;

d) PCB shall retain its liens on all collateral securing its claim until payment in full; and

e) PCB shall be entitled to post-petition interest, fees, costs, and charges to the extent allowable under 11 U.S.C. § 506(b).

5. Debtor shall remain current on all taxes, insurance, and other obligations required under the loan documents.

6. Debtor anticipates satisfying the balloon through refinance or sale of the collateral.

7. In the event of a default, PCB shall provide written notice and the Debtor shall have ten (10) days to cure monetary defaults and thirty (30) days to cure non-monetary defaults. If not cured, PCB may exercise all rights and remedies under applicable non-bankruptcy law, including relief from the automatic stay.

8.      This Class is impaired under 11 U.S.C. § 1124. The Plan, as modified, satisfies the requirements of 11 U.S.C. §§ 1129(b) and 1191(b) by providing PCB with the present value of its allowed secured claim.

9.      This Modification does not materially and adversely affect the treatment of any creditor or interest holder and does not require re-notice, and ballots are not required to be solicited because Debtor intends to confirm under § 1191(b).

10.     Except as expressly modified herein, all other terms of the Plan shall remain unchanged and in full force and effect.

WHEREFORE, the Debtor requests that the Court consider the Plan, as modified, at the confirmation hearing.

Dated: April 10, 2026.                              Respectfully submitted:

*/s/ Clayton L. Everett*
Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for Byron Earl Walker

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, a true and correct copy of the foregoing was served by electronic service via the Court's CM/ECF system on all parties registered to receive electronic notice, including the United States Trustee and the Subchapter V Trustee, and Counsel for PlainsCapital Bank.

By: __/s/ Clayton L. Everett____