NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

## United States Bankruptcy Court
### Northern District of Texas
Fort Worth Division

|  |  |
|---|---|
| **In re:**<br>**Byron Earl Walker**<br>1206 Delmarva Ct.<br>Granbury, TX 76048<br>SSN: xxx-xx-5640<br><br>  **Debtor** | **Case No. 25-40278-mxm11**<br><br>**Chapter 11**<br><br>**Subchapter V Case** |

**NOTICE OF RESET HEARING ON CONFIRMATION OF AMENDED PLAN
OF REORGANIZATION AND DEADLINE TO FILE OBJECTIONS**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that Byron Earl Walker ("Debtor") has filed his Amended Plan of Reorganization Under Subchapter V of Chapter 11 [Dkt. 113] ("Plan"). On April 10, 2026, the Debtor also filed his Non-Material Modification to Plan Regarding Treatment of PlainsCapital Bank [Dkt. 120] ("Modification").

**OBJECTION DEADLINE**: Any objection to the confirmation of the Plan, as modified, must be filed in writing with the Court and served upon the parties listed below no later than May 13, 2026. If no timely objections are filed, the Court may confirm the Plan without further notice or hearing.

The Court will conduct a hearing to consider confirmation of the Plan, as modified, on **Wednesday May 20, at 9:30 a.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Judge. Parties may attend in person at the United States Courthouse at 501 W. Tenth Street, Fort Worth, Texas 76102, Room 128 or via WebEx, information below:

**For WebEx Video Participation/Attendance:**

       **Link: https://us-courts.webex.com/meet/mullin**

       **For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207 | Meeting ID: 2310-650-8783**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates**


DATE:    April 13, 2026.               Respectfully submitted:

                                     By: /s/ Clayton L. Everett____
                                   Clayton L. Everett
                                   Texas State Bar No. 24065212
                                   clayton@norredlaw.com
                                   Norred Law, PLLC
                                   515 E. Border St.
                                   Arlington, Texas 76010
                                   O: (817) 704-3984; F: (817) 524-6686
                                   Counsel for Debtor


## CERTIFICATE OF SERVICE

      I hereby certify that this date, a true and correct copy of the Notice of Hearing on Confirmation of Amended Plan of Reorganization was served via first-class U.S. Mail, postage prepaid, on all creditors and parties in interest listed on the Creditor Matrix, and by electronic service via the Court's CM/ECF system on all parties registered to receive electronic notice, including the United States Trustee and the Subchapter V Trustee.

                                   By: __/s/ Clayton L. Everett____