Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BYRON WALKER, | § | CASE NO. 25-40278-MXM-11 |
| DEBTOR. | § | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), and hereby certifies that Byron Walker ("Debtor") has defaulted under the terms of the Agreed Order Regarding the Automatic Stay entered on March 26, 2025 regarding the 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL2PG569312 and the 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL4PG569313 due to the following facts:

1.      Per the terms of the entered Agreed Order, Debtor was to make adequate protection payments directly to TD Bank beginning on the twenty-fourth day of the calendar month following conversion. The last payment received with regard to the 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL2PG569312 was February 23, 2026 and the last payment received as to the 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL4PG569313 was December 12, 2025. True and correct copies of the payment histories as to the two accounts are attached hereto as Exhibits "A" and "B" and incorporated herein by reference.

2.      Therefore, pursuant to the default provisions of the Agreed Order, the Automatic Stay has terminated with respect to TD Bank, N.A., successor in interest to TD Auto Finance LLC and the  2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL2PG569312, and the 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL4PG569313.

Respectfully submitted,
/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, Texas 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A.,
SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Byron Walker
1206 Delmarva Court
Granbury, TX 76048

and by ELECTRONIC FILING on:

Clayton Everett
515 E. Border St., Suite 163
Arlington, TX 76010

Frances Smith
700 N. Pearl St., Suite 1610
Dallas, TX 75201

on May 6, 2026.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

953-03937-635146