TD AUTO FINANCE

MARCH      04, 2026

BYRON E WALKER
1206 DELMARVA CT
GRANBURY, TX  76048-4372

ACCOUNT NUMBER:        ██████████

```
YEAR: 2023  MAKE:    RAM          MODEL:  RAM 2500 4
VIN:                 3C6UR5CL2PG569312
MATURITY DATE:       05/25/28    TERM:  061
```

DEAR CUSTOMER:
BELOW IS THE ITEMIZED HISTORY OF YOUR ACCOUNT BEGINNING WITH THE CONTRACT DATE
OF 04/10/23 AND REFLECTING ACTIVITY THROUGH 03/04/26.
*******************************************************************************
                    CHARGEOFF BALANCES AS OF 03/04/26

| CHARGE OFF BALANCE | PRINCIPAL BALANCE | INTEREST BALANCE | FEE BALANCE | COFF INT BALANCE |
|---|---|---|---|---|
| 50696.38 | 50407.10 | 289.28 | 0.00 | 2744.81 |

*******************************************************************************

| TRAN DT DUE DATE | TRAN AMT DAYS LATE | ---------- TRAN DESCRIPTION ---------- PRINCIPAL | INTEREST | FEES | C/O INT | PRIN BAL C/O BAL |
|---|---|---|---|---|---|---|
| 04/10/23 | 79718.31 | CONTRACT AMOUNT | | | | 79718.31 |
| | | | | | | 0.00 |
| 05/15/23 | 1596.20 | AUTO DEBIT PMT | | | | 78683.19 |
| 05/25/23 | 0 | 1035.12 | 561.08 | 0.00 | 0.00 | 0.00 |
| 06/19/23 | 1596.20 | AUTO DEBIT PMT | | | | 77640.78 |
| 06/25/23 | 0 | 1042.41 | 553.79 | 0.00 | 0.00 | 0.00 |
| 07/21/23 | 1596.20 | AUTO DEBIT PMT | | | | 76544.21 |
| 07/25/23 | 0 | 1096.57 | 499.63 | 0.00 | 0.00 | 0.00 |
| 09/11/23 | 79.81 | FEE ASSESSMENT | | | | 76544.21 |
| | | | | | | 0.00 |
| 09/14/23 | 1596.20 | AUTO DEBIT PMT | | | | 75794.61 |
| 08/25/23 | 20 | 749.60 | 846.60 | 0.00 | 0.00 | 0.00 |
| 09/25/23 | 1596.20 | AUTO DEBIT PMT | | | | 74366.08 |
| 09/25/23 | 0 | 1428.53 | 167.67 | 0.00 | 0.00 | 0.00 |
| 10/24/23 | 1676.01 | AUTO DEBIT PMT | | | | 73203.56 |
| 10/25/23 | 0 | 1162.52 | 433.68 | 79.81 | 0.00 | 0.00 |
| 12/11/23 | 79.81 | FEE ASSESSMENT | | | | 73203.56 |
| | | | | | | 0.00 |
| 12/12/23 | 1596.20 | AUTO DEBIT PMT | | | | 72328.69 |
| 11/25/23 | 17 | 874.87 | 721.33 | 0.00 | 0.00 | 0.00 |

TD AUTO FINANCE

MARCH      04, 2026


BYRON E WALKER
1206 DELMARVA CT
GRANBURY, TX  76048-4372


| TRAN DT<br>DUE DATE | TRAN AMT<br>DAYS LATE | ---------- TRAN DESCRIPTION ----------<br>PRINCIPAL | INTEREST | FEES | C/O INT | PRIN BAL<br>C/O BAL |
|---|---|---|---|---|---|---|
| 12/19/23 | 1596.20 | AUTO DEBIT PMT | | | | 70834.29 |
| 12/25/23 | 0 | 1494.40 | 101.80 | 0.00 | 0.00 | 0.00 |
| 01/17/24 | 1676.01 | AUTO DEBIT PMT | | | | 69650.57 |
| 01/25/24 | 0 | 1183.72 | 412.48 | 79.81 | 0.00 | 0.00 |
| 02/19/24 | 1596.20 | AUTO DEBIT PMT | | | | 68515.32 |
| 02/25/24 | 0 | 1135.25 | 460.95 | 0.00 | 0.00 | 0.00 |
| 03/27/24 | 1596.20 | AUTO DEBIT PMT | | | | 67427.51 |
| 03/25/24 | 2 | 1087.81 | 508.39 | 0.00 | 0.00 | 0.00 |
| 04/22/24 | 1596.20 | AUTO DEBIT PMT | | | | 66182.90 |
| 04/25/24 | 0 | 1244.61 | 351.59 | 0.00 | 0.00 | 0.00 |
| 05/20/24 | 1596.20 | AUTO DEBIT PMT | | | | 64958.33 |
| 05/25/24 | 0 | 1224.57 | 371.63 | 0.00 | 0.00 | 0.00 |
| 07/11/24 | 79.81 | FEE ASSESSMENT | | | | 64958.33 |
| | | | | | | 0.00 |
| 07/22/24 | 1596.20 | AUTO DEBIT PMT | | | | 64182.84 |
| 06/25/24 | 27 | 775.49 | 820.71 | 0.00 | 0.00 | 0.00 |
| 08/12/24 | 79.81 | FEE ASSESSMENT | | | | 64182.84 |
| | | | | | | 0.00 |
| 08/19/24 | 3272.21 | AUTO DEBIT PMT | | | | 61350.85 |
| 07/25/24 | 25 | 2831.99 | 360.41 | 79.81 | 0.00 | 0.00 |
| 09/23/24 | 1676.01 | AUTO DEBIT PMT | | | | 60185.27 |
| 09/25/24 | 0 | 1165.58 | 430.62 | 79.81 | 0.00 | 0.00 |
| 10/23/24 | 1596.20 | AUTO DEBIT PMT | | | | 58951.18 |
| 10/25/24 | 0 | 1234.09 | 362.11 | 0.00 | 0.00 | 0.00 |
| 12/02/24 | 1596.20 | AUTO DEBIT PMT | | | | 57827.88 |
| 11/25/24 | 7 | 1123.30 | 472.90 | 0.00 | 0.00 | 0.00 |
| 12/03/24 | 11.59 | AUTO DEBIT PMT | | | | 57827.88 |
| 12/25/24 | 0 | 0.00 | 11.59 | 0.00 | 0.00 | 0.00 |
| 12/03/24 | 0.00 | EXTENSION | | | | 57827.88 |
| | | | | | | 0.00 |
| 01/31/25 | 266.53 | MOVE TO NONACCR | | | | 57827.88 |
| | | | | | | 0.00 |
| 01/31/25 | 266.53 | INC NON RECVY | | | | 57827.88 |
| | | | | | | 0.00 |
| 01/31/25 | 14.03 | MOVE TO NONACCR | | | | 57827.88 |
| | | | | | | 0.00 |
| 01/31/25 | 14.03 | INC NON RECVY | | | | 57827.88 |
| | | | | | | 0.00 |
| 01/31/25 | 21.39 | MOVE TO NONACCR | | | | 57827.88 |
| | | | | | | 0.00 |

TD AUTO FINANCE

MARCH      04, 2026


BYRON E WALKER
1206 DELMARVA CT
GRANBURY, TX  76048-4372


| TRAN DT | TRAN AMT | ---------- TRAN DESCRIPTION ---------- | | | | PRIN BAL |
| DUE DATE | DAYS LATE | PRINCIPAL | INTEREST | FEES | C/O INT | C/O BAL |
|---|---|---|---|---|---|---|
| 01/31/25 | 21.39 | INC NON RECVY | | | | 57827.88 |
| | | | | | | 0.00 |
| 01/31/25 | 663.80 | MOVE TO NONACCR | | | | 57827.88 |
| | | | | | | 0.00 |
| 01/31/25 | 663.80 | INC NON RECVY | | | | 57827.88 |
| | | | | | | 0.00 |
| 04/01/25 | 444.64 | AUTO DEBIT PMT | | | | 57827.88 |
| 01/25/25 | 66 | 0.00 | 444.64 | 0.00 | 0.00 | 0.00 |
| 04/29/25 | 634.69 | AUTO DEBIT PMT | | | | 57827.88 |
| 01/25/25 | 94 | 0.00 | 634.69 | 0.00 | 0.00 | 0.00 |
| 05/02/25 | 656.29 | AUTO DEBIT PMT | | | | 57827.88 |
| 01/25/25 | 97 | 0.00 | 656.29 | 0.00 | 0.00 | 0.00 |
| 06/02/25 | 656.29 | AUTO DEBIT PMT | | | | 57539.89 |
| 02/25/25 | 97 | 287.99 | 368.30 | 0.00 | 0.00 | 0.00 |
| 06/27/25 | 57829.17 | CHARGEOFF | | | | 0.00 |
| | | 57539.89 | 289.28 | 0.00 | 0.00 | 57829.17 |
| 06/27/25 | 177.33 | INC NONACCR ADJ | | | | 0.00 |
| | | | | | | 57829.17 |
| 06/27/25 | 7.75 | INC NONACCR ADJ | | | | 0.00 |
| | | | | | | 57829.17 |
| 06/30/25 | 656.29 | PAYMENT/RECOVERY | | | | 656.29- |
| 07/25/25 | 0 | 656.29 | 0.00 | 0.00 | 0.00 | 57172.88 |
| 08/15/25 | 656.29 | PAYMENT/RECOVERY | | | | 656.29- |
| 08/25/25 | 0 | 656.29 | 0.00 | 0.00 | 0.00 | 56516.59 |
| 08/15/25 | 656.29 | PAYMENT/RECOVERY | | | | 656.29- |
| 08/25/25 | 0 | 656.29 | 0.00 | 0.00 | 0.00 | 55860.30 |
| 09/12/25 | 656.29 | PAYMENT/RECOVERY | | | | 656.29- |
| 09/25/25 | 0 | 656.29 | 0.00 | 0.00 | 0.00 | 55204.01 |
| 10/10/25 | 656.29 | PAYMENT/RECOVERY | | | | 656.29- |
| 10/25/25 | 0 | 656.29 | 0.00 | 0.00 | 0.00 | 54547.72 |
| 11/10/25 | 656.29 | PAYMENT/RECOVERY | | | | 656.29- |
| 11/25/25 | 0 | 656.29 | 0.00 | 0.00 | 0.00 | 53891.43 |
| 12/12/25 | 656.29 | PAYMENT/RECOVERY | | | | 656.29- |
| 12/25/25 | 0 | 656.29 | 0.00 | 0.00 | 0.00 | 53235.14 |
| 02/23/26 | 2538.76 | PAYMENT/RECOVERY | | | | 2538.76- |
| 02/25/26 | 0 | 2538.76 | 0.00 | 0.00 | 0.00 | 50696.38 |

**************************************************************************

| | TOTAL CHARGED OFF PAYMENTS RECEIVED | | | |
|---|---|---|---|---|
| TOTAL | PRINCIPAL | INTEREST | FEES | COFF INT |
| 7132.79 | 7132.79 | 0.00 | 0.00 | 0.00 |

TDAF
MARCH      04, 2026


BYRON E WALKER
1206 DELMARVA CT
GRANBURY, TX  76048-4372


IF YOU HAVE ANY QUESTIONS CONCERNING THIS HISTORY, PLEASE FEEL FREE TO CONTACT
US AT: 1-866-338-7968.

SINCERELY,

CUSTOMER SERVICES REPRESENTATIVE