TD AUTO FINANCE

MARCH      04, 2026


BYRON E WALKER
1206 DELMARVA CT
GRANBURY, TX  76048-4372


ACCOUNT NUMBER:            ██████████

YEAR: 2023  MAKE:    RAM         MODEL:  RAM 2500 4
VIN:               3C6UR5CL4PG569313
MATURITY DATE:     05/26/28   TERM:  061

DEAR CUSTOMER:
BELOW IS THE ITEMIZED HISTORY OF YOUR ACCOUNT BEGINNING WITH THE CONTRACT DATE
OF 04/26/23 AND REFLECTING ACTIVITY THROUGH 03/04/26.
****************************************************************************
                    CHARGEOFF BALANCES AS OF 03/04/26

| CHARGE OFF BALANCE | PRINCIPAL BALANCE | INTEREST BALANCE | FEE BALANCE | COFF INT BALANCE |
|---|---|---|---|---|
| 39269.24 | 38985.55 | 283.69 | 0.00 | 1936.17 |

****************************************************************************

| TRAN DT DUE DATE | TRAN AMT DAYS LATE | ---------- TRAN DESCRIPTION ---------- PRINCIPAL INTEREST | FEES | C/O INT | PRIN BAL C/O BAL |
|---|---|---|---|---|---|
| 04/26/23 | 60006.19 | CONTRACT AMOUNT | | | 60006.19 |
| | | | | | 0.00 |
| 05/15/23 | 1219.29 | AUTO DEBIT PMT | | | 59039.59 |
| 05/26/23 | 0 | 966.60    252.69 | 0.00 | 0.00 | 0.00 |
| 06/20/23 | 1219.29 | AUTO DEBIT PMT | | | 58291.39 |
| 06/26/23 | 0 | 748.20    471.09 | 0.00 | 0.00 | 0.00 |
| 07/21/23 | 1219.29 | AUTO DEBIT PMT | | | 57472.62 |
| 07/26/23 | 0 | 818.77    400.52 | 0.00 | 0.00 | 0.00 |
| 09/11/23 | 1219.29 | AUTO DEBIT PMT | | | 56915.73 |
| 08/26/23 | 16 | 556.89    662.40 | 0.00 | 0.00 | 0.00 |
| 09/25/23 | 1219.29 | AUTO DEBIT PMT | | | 55873.04 |
| 09/26/23 | 0 | 1042.69    176.60 | 0.00 | 0.00 | 0.00 |
| 10/17/23 | 1219.29 | AUTO DEBIT PMT | | | 54926.21 |
| 10/26/23 | 0 | 946.83    272.46 | 0.00 | 0.00 | 0.00 |
| 12/12/23 | 1219.29 | AUTO DEBIT PMT | | | 54388.65 |
| 11/26/23 | 16 | 537.56    681.73 | 0.00 | 0.00 | 0.00 |
| 12/19/23 | 1219.29 | AUTO DEBIT PMT | | | 53253.76 |
| 12/26/23 | 0 | 1134.89     84.40 | 0.00 | 0.00 | 0.00 |
| 01/17/24 | 1219.29 | AUTO DEBIT PMT | | | 52376.24 |
| 01/26/24 | 0 | 877.52    341.77 | 0.00 | 0.00 | 0.00 |

TD AUTO FINANCE

MARCH      04, 2026


BYRON E WALKER
1206 DELMARVA CT
GRANBURY, TX  76048-4372


| TRAN DT DUE DATE | TRAN AMT DAYS LATE | ---------- TRAN DESCRIPTION ---------- | | | | PRIN BAL C/O BAL |
| | | PRINCIPAL | INTEREST | FEES | C/O INT | |
|---|---|---|---|---|---|---|
| 02/26/24 | 1219.29 | AUTO DEBIT PMT | | | | 51620.04 |
| 02/26/24 | 0 | 756.20 | 463.09 | 0.00 | 0.00 | 0.00 |
| 03/27/24 | 1219.29 | AUTO DEBIT PMT | | | | 50743.05 |
| 03/26/24 | 1 | 876.99 | 342.30 | 0.00 | 0.00 | 0.00 |
| 05/02/24 | 1219.29 | AUTO DEBIT PMT | | | | 49927.54 |
| 04/26/24 | 6 | 815.51 | 403.78 | 0.00 | 0.00 | 0.00 |
| 05/20/24 | 1219.29 | AUTO DEBIT PMT | | | | 48906.90 |
| 05/26/24 | 0 | 1020.64 | 198.65 | 0.00 | 0.00 | 0.00 |
| 06/28/24 | 1219.29 | AUTO DEBIT PMT | | | | 48109.20 |
| 06/26/24 | 2 | 797.70 | 421.59 | 0.00 | 0.00 | 0.00 |
| 07/22/24 | 1219.29 | AUTO DEBIT PMT | | | | 47145.14 |
| 07/26/24 | 0 | 964.06 | 255.23 | 0.00 | 0.00 | 0.00 |
| 08/23/24 | 1219.29 | AUTO DEBIT PMT | | | | 46259.31 |
| 08/26/24 | 0 | 885.83 | 333.46 | 0.00 | 0.00 | 0.00 |
| 09/23/24 | 1219.29 | AUTO DEBIT PMT | | | | 45357.01 |
| 09/26/24 | 0 | 902.30 | 316.99 | 0.00 | 0.00 | 0.00 |
| 10/23/24 | 1219.29 | AUTO DEBIT PMT | | | | 44438.48 |
| 10/26/24 | 0 | 918.53 | 300.76 | 0.00 | 0.00 | 0.00 |
| 12/02/24 | 1219.29 | AUTO DEBIT PMT | | | | 43612.09 |
| 11/26/24 | 6 | 826.39 | 392.90 | 0.00 | 0.00 | 0.00 |
| 12/03/24 | 9.64 | AUTO DEBIT PMT | | | | 43612.09 |
| 12/26/24 | 0 | 0.00 | 9.64 | 0.00 | 0.00 | 0.00 |
| 12/03/24 | 1.91 | DECR PRTL PAID | | | | 43612.09 |
| | | | | | | 0.00 |
| 12/03/24 | 7.73 | DECR PRTL PAID | | | | 43612.09 |
| | | | | | | 0.00 |
| 12/03/24 | 0.00 | EXTENSION | | | | 43612.09 |
| | | | | | | 0.00 |
| 01/31/25 | 1406.16 | MOVE TO NONACCR | | | | 43612.09 |
| | | | | | | 0.00 |
| 01/31/25 | 1406.16 | INC NON RECVY | | | | 43612.09 |
| | | | | | | 0.00 |
| 01/31/25 | 13.15 | MOVE TO NONACCR | | | | 43612.09 |
| | | | | | | 0.00 |
| 01/31/25 | 13.15 | INC NON RECVY | | | | 43612.09 |
| | | | | | | 0.00 |
| 01/31/25 | 112.66 | MOVE TO NONACCR | | | | 43612.09 |
| | | | | | | 0.00 |
| 01/31/25 | 112.66 | INC NON RECVY | | | | 43612.09 |
| | | | | | | 0.00 |

```
TD AUTO FINANCE

MARCH     04, 2026


BYRON E WALKER
1206 DELMARVA CT
GRANBURY, TX  76048-4372
```

| TRAN DT<br>DUE DATE | TRAN AMT<br>DAYS LATE | ---------- TRAN DESCRIPTION ----------<br>PRINCIPAL    INTEREST | | FEES | C/O INT | PRIN BAL<br>C/O BAL |
|---|---|---|---|---|---|---|
| 01/31/25 | 456.89 | MOVE TO NONACCR | | | | 43612.09 |
|  |  |  |  |  |  | 0.00 |
| 01/31/25 | 456.89 | INC NON RECVY | | | | 43612.09 |
|  |  |  |  |  |  | 0.00 |
| 04/01/25 | 444.64 | AUTO DEBIT PMT | | | | 43612.09 |
| 01/26/25 | 65 | 0.00 | 444.64 | 0.00 | 0.00 | 0.00 |
| 04/29/25 | 634.69 | AUTO DEBIT PMT | | | | 43612.09 |
| 01/26/25 | 93 | 0.00 | 634.69 | 0.00 | 0.00 | 0.00 |
| 05/02/25 | 656.29 | AUTO DEBIT PMT | | | | 43325.66 |
| 01/26/25 | 96 | 286.43 | 369.86 | 0.00 | 0.00 | 0.00 |
| 06/02/25 | 613.09 | AUTO DEBIT PMT | | | | 43010.26 |
| 02/26/25 | 96 | 315.40 | 297.69 | 0.00 | 0.00 | 0.00 |
| 06/30/25 | 613.09 | AUTO DEBIT PMT | | | | 42664.09 |
| 03/26/25 | 96 | 346.17 | 266.92 | 0.00 | 0.00 | 0.00 |
| 07/30/25 | 42947.78 | CHARGEOFF | | | | 0.00 |
|  |  | 42664.09 | 283.69 | 0.00 | 0.00 | 42947.78 |
| 07/30/25 | 841.67 | INC NONACCR ADJ | | | | 0.00 |
|  |  |  |  |  |  | 42947.78 |
| 07/30/25 | 8.25 | INC NONACCR ADJ | | | | 0.00 |
|  |  |  |  |  |  | 42947.78 |
| 08/15/25 | 613.09 | PAYMENT/RECOVERY | | | | 613.09- |
| 08/26/25 | 0 | 613.09 | 0.00 | 0.00 | 0.00 | 42334.69 |
| 08/15/25 | 613.09 | PAYMENT/RECOVERY | | | | 613.09- |
| 08/26/25 | 0 | 613.09 | 0.00 | 0.00 | 0.00 | 41721.60 |
| 09/12/25 | 613.09 | PAYMENT/RECOVERY | | | | 613.09- |
| 09/26/25 | 0 | 613.09 | 0.00 | 0.00 | 0.00 | 41108.51 |
| 10/10/25 | 613.09 | PAYMENT/RECOVERY | | | | 613.09- |
| 10/26/25 | 0 | 613.09 | 0.00 | 0.00 | 0.00 | 40495.42 |
| 11/10/25 | 613.09 | PAYMENT/RECOVERY | | | | 613.09- |
| 11/26/25 | 0 | 613.09 | 0.00 | 0.00 | 0.00 | 39882.33 |
| 12/12/25 | 613.09 | PAYMENT/RECOVERY | | | | 613.09- |
| 12/26/25 | 0 | 613.09 | 0.00 | 0.00 | 0.00 | 39269.24 |

```
*************************************************************************
            TOTAL CHARGED OFF PAYMENTS RECEIVED
TOTAL             PRINCIPAL       INTEREST        FEES      COFF INT
  3678.54           3678.54          0.00         0.00         0.00
```

```
TDAF
MARCH     04, 2026


BYRON E WALKER
1206 DELMARVA CT
GRANBURY, TX  76048-4372



IF YOU HAVE ANY QUESTIONS CONCERNING THIS HISTORY, PLEASE FEEL FREE TO CONTACT
US AT: 1-866-338-7968.

SINCERELY,

CUSTOMER SERVICES REPRESENTATIVE
```