Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BYRON WALKER, | § | CASE NO. 25-40278-MXM-11 |
| DEBTOR. | § | |
| | § | Confirmation set: |
| | § | **NOT YET SET** |

### AMENDED OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW, TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank" or "Creditor"), objecting to the confirmation of the Amended Chapter 11 Plan proposed by Byron Walker ("Debtor") and for cause of action would respectfully show the Court as follows:

1.      TD Bank has a perfected security interest in a 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL2PG569312. As of the date of filing, Creditor was owed $58,431.66.

2.      TD Bank also has a perfected security interest in a 2023 Dodge Ram 2500, Vehicle Identification Number 3C6UR5CL4PG569313. As of the date of filing, Creditor was owed $44,113.98.

3.      TD Bank objects to the Chapter 11 plan in that the Debtor has defaulted on adequate protection payments to TD Bank and the automatic stay has terminated.  TD Bank filed a Notice of Termination on May 6, 2026.  TD Bank therefore objects to the Debtor retaining the vehicles through the Chapter 11 Plan.

4.      TD Bank does not consent to the Plan and votes to reject the Chapter 11 Plan.

WHEREFORE, PREMISES CONSIDERED, Creditor prays for an Order of this Court:

1.      Denying confirmation of Debtor's Chapter 11 Plan as proposed; and

2.      For such other and further relief, both general and specific, to which Creditor may show itself justly entitled.

Respectfully submitted,

/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A.,
SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Amended Objection to Confirmation was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Byron Walker
1206 Delmarva Court
Granbury, TX 76048

and ELECTRONICALLY SERVED on:

Clayton Everett
Warren Norred
515 E. Border St., Ste 163
Arlington, TX 76010

Frances Smith
700 N. Pearl St., Suite 1610
Dallas, TX 75201

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas  75242

And all parties requesting service.

Dated on May 14, 2026.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

953-03937-635788