Matthew T. Taplett
State Bar No. 24028026
Pope, Hardwicke, Christie, Schell,
  Kelly & Taplett, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No.: (817) 332-3245
Facsimile No.: (817) 877-4781
E-mail:  mtaplett@popehardwicke.com
Attorneys for PLAINSCAPITAL BANK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| DEBTOR:<br><br>BYRON EARL WALKER | MAIN BANKRUPTCY CASE NO.:<br><br>25-40278 |
|---|---|
| CAPTION & CASE NO. OF CONTESTED MATTER:<br><br>IN RE:<br>BYRON EARL WALKER<br>CASE NO. 25-40278 (CHAPTER 11)<br>DEBTOR | DATE OF TRIAL/HEARING AND NATURE OF PROCEEDING:<br><br>May 20, 2026, at 9:30 A.M., HEARING ON:<br><br>CONFIRMATION HEARING ON AMENDED PLAN OF REORGANIZATION |

### EXHIBIT & WITNESS LIST OF PLAINSCAPITAL BANK
### FOR CONFIRMATION HEARING

| Exhibit | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| A | Proof of Claim No. 12 filed by PlainsCapital Bank | | | |
| B | Proof of Claim No. 13 filed by PlainsCapital Bank | | | |

| | | | | |
|---|---|---|---|---|
| C | Any other document on file with the United States Bankruptcy Court | | | |
| D | Rebuttal exhibits | | | |
| E | Impeachment exhibits | | | |
| F | Any exhibit designated or offered by any other party | | | |

## WITNESSES

1. Debtor

2. Any witness listed or called by any other party

3. Any witness needed to authenticate a document.

4. Any witness needed for rebuttal and/or impeachment.

Date: May 17, 2026

Respectfully submitted,

POPE, HARDWICKE, CHRISTIE, SCHELL,
 KELLY & TAPLETT, L.L.P.

By:    /s/ Matthew T. Taplett
       Matthew T. Taplett
       State Bar No. 24028026

500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No. (817) 332-3245
Facsimile No.  (817) 877-4781
E-mail:  mtaplett@popehardwicke.com

ATTORNEYS FOR PLAINSCAPITAL BANK

EXHIBITS AND WITNESS LIST CONFIRMATION HEARING

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of May 2026, a true and correct copy of this document was served via the ECF system on the following:

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Clayton Everett
515 W. Border St., Suite 163
Arlington, TX 76010

Frances A. Smith (SBRA V)
c/o Frances A. Smith, Esq
Offit Kurman
700 N. Pearl St., Suite 1610
Dallas, TX 75201

All other parties requesting notice.

*/s/ Matthew T. Taplett*
By: Matthew T. Taplett

P:PlainsCapital\Walker, Byron\Bankruptcy\Confirmation\\Exhibits & witness Listfor Confirmation Hearing.docx