NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Byron Earl Walker

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | **Case No. 25-40278-mxm11** |
| **Byron Earl Walker** | |
| 1206 Delmarva Ct. | **Chapter 11** |
| Granbury, TX 76048 | |
| SSN: xxx-xx-5640 | **[Subchapter V Case]** |
| **Debtor,** | |

### DEBTOR'S MOTION TO SET A LATE BAR DATE TO ALLOW CREDITOR JONATHAN LOCKHART TO FILE A FORMAL PROOF OF CLAIM

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Debtor, Byron Earl Walker ("Debtor"), files this *Motion to Set a Late Bar Date to Allow Creditor Jonathan Lockhart to File a Formal Proof of Claim*, and respectfully states:

### I. JURISDICTION AND VENUE

1.    This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

### II. BACKGROUND

2.    The Debtor filed for petition of relief under Chapter 13 on January 24, 2025.

3.    The case was converted to Chapter 11 Subchapter V on June 12, 2025.

4.    The Court previously established a claims bar date of April 4, 2025.

5.    Jonathan Lockhart filed a Petition in the Justice Court, Precinct No. 2, in Hood County, Texas, Cause Number SC22500071, against the Debtor on February 13, 2025. See Exhibit A as attached.

6.      The Debtor recently determined post-confirmation that Jonathan Lockhart was inadvertently omitted from the Debtor's Schedule E/F and master creditor matrix. As a result, Lockhart did not receive formal, electronic court notice of the bankruptcy case, the claims bar date, or the confirmation processes.

7.      On May 22, 2026, this Court entered its *Order Confirming Amended Subchapter V Plan* [ECF No. 129]. Pursuant to the confirmed Plan, allowed General Unsecured Claims are slated to receive a pro rata distribution from the Debtor's disposable income.

8.      Because Jonathan Lockhart was omitted from the matrix and did not receive formal notice of the bar date, due process warrants providing him a reasonable, supplemental opportunity to file a proof of claim so that his claim may be properly evaluated and, if allowed, provided for under the terms of the confirmed Plan.

9.      The Debtor requests that the Court establish a supplemental bar date for Jonathan Lockhart, requiring any proof of claim to be filed no later than thirty (30) days after service of the Court's order.

WHEREFORE, the Debtor requests entry of an order establishing a supplemental bar date for Jonathan Lockhart and granting such other relief as is just and proper.

June 3, 2026.                                             Respectfully submitted:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system and upon Jonathan Lockhart on this 3rd day of June 2026, via Certified Mail / First Class Mail and Electronic Mail as consented to at the following address:

Jonathan Lockhart
1201 N. Fork Road
Granbury, TX 76049
Email: steer.47@yahoo.com


By: __/s/ Clayton L. Everett____