Debtor's Exhibit A

CAUSE NO. _SC225000071_

Jonathanloanart
**PLAINTIFF**

v.

Byronwalker
**DEFENDANT**

§
§
§
§
§
§
§

IN THE JUSTICE COURT

PRECINCT NO. ___2___

_Hood_ COUNTY, TEXAS

## PETITION: SMALL CLAIMS CASE

**Defendant(s) address:** ~~2050 Campbell Rd fort tx 76476~~
1206 Delmarva Ct Granbury tf 76048

**COMPLAINT:** The basis for the claim which entitles Plaintiff to seek relief against Defendant
is: Refer to additional case paper

**RELIEF:** Plaintiff seeks: ☐ damages in the amount of $5,744, ☐ return of personal property as described as follows (be specific): _____
which has a value of $_____. Additionally, Plaintiff seeks the following:
Plus court cost $144 and $5,000 for slander of business and 100% invest Starting Aug 1st 2024

**SERVICE OF CITATION:** Service is requested on Defendant(s) by: ☑ personal service at home or work, ☐ registered mail, ☐ certified mail, return receipt requested. If required, Plaintiff requests alternative service as allowed by the Texas Rules of Civil Procedure. Other addresses where Defendant(s) may be served are: _____
_____

☑ I hereby request a jury trial. The fee is $22 and must be paid at least 14 days before trial.

☐ I hereby consent for the answer and any other motions or pleadings to be sent to my email address as follows: _____

Debtor's Exhibit A

Byron ordered woodshavings/ac dust cutting as desired total with delivery was $1600. he was supposed to pay me when i arrived but he was not thers. he told me to drop off bags in the barn and that he would meet with me for payment. the next day i called about the payment due and Byron said he wasnt going to pay because he wasnt happy with the shavings even though pictures were posted of bags and he was told to come look at them before delivery and he refused stating he wass too busy and to just bring them out.

SC22500071

**Debtor's Exhibit A**

6. When you have completed the petition stating the facts and circumstances of your suit, a citation along with a copy of your petition will be served to the defendant notifying him that a suit has been filed against him in this court. The citation will order the defendant to file a written answer to the suit on or before the 14th day from the date defendant was served. If the defendant fails to comply, you then become eligible for a default judgment. If you request a default judgment, a default hearing date will be set and a default hearing notice will be mailed to you and the defendant.

7. If the defendant answers to the suit, a trial date will be set out at least 45 days from receiving the defendant's answer. A non-jury trial will be set unless one of the party's request a jury-trial and the $22.00 jury fee is paid. You, as the plaintiff and the defendant will be sent notice by mail of the trial date. We discourage motions for continuance; however, if it becomes necessary, any requests for a continuance must be in writing and filed within 48 hours prior to court date.

8. If you have witnesses to your suit who will not appear in court voluntarily, you may ask the court to subpoena those individuals prior to trial. This request should be made as soon as possible allowing at least a week for the service of the subpoena. You can ask the clerk about the subpoena service fee.

9. **This court does not collect the judgment for you, nor can we force the defendant to pay the judgment.** If you receive a judgment for your claim against the defendant, you may request an Abstract of Judgment and/or a Writ of Execution to help you in your collection of the judgment.

   - **Abstract of Judgment**: may be obtained after ten (10) days from the date the judgment is signed. This puts a lien on any real property (land or home only) that the defendant may own. An abstract may be filed in each county in which the defendant owns property. You must request this in writing, pay the fee and bring to our office to obtain the abstract.
   - **Writ of Execution**: may be obtained after thirty (30) days from the date the judgment is signed. This document authorizes the constable or sheriff to seize assets belonging to the defendant that are subject to this writ. Those assets are then sold and the proceeds are applied to the judgment. You must request this in writing and pay the required fees.

10. As plaintiff, you have the burden of proof to show by the weight of the evidence that the defendant is the proximate cause of your damages in the capacity, which the defendant was sued. All damages and evidence necessary to meet your burden should be available at the time of filing. Make sure you bring copies of evidence for the court to keep.

11. If you, as the plaintiff, are dissatisfied with the judgment rendered, either of you may post the required appeal bond, or appeal your case to County Court no later than twenty-one (21) days from the date the judgment was issued. If the twenty-first day falls on a weekend, you will be given until the following Monday to file your appeal. Once the twenty-first day period has passed, there is no further recourse to appeal to a higher court.

**Debtor's Exhibit A**

Jonathan Linhart

Plaintiff's Printed Name

**Defendant's Information** (if known):
Date of birth: Sept 4, 1964
Last three digits of Driver License:_____
Last three digits of Soc. Sec. No.:_____
Phone No.: 940-456-0533

Signature of Plaintiff
or Plaintiff's Attorney

1201 N Fork Rd

Address of Plaintiff
or Plaintiff's Attorney

Gibby         Tx         76049

City           State         Zip

817-243-1424

Phone & Fax No. of Plaintiff
or Plaintiff's Attorney

**Debtor's Exhibit A**

CASE NO. _SC22500071_

# AFFIDAVIT
## SERVICEMEMBERS CIVIL RELIEF ACT SEC.201 (b)

PLAINTIFF BEING DULY SWORN ON HIS OATH DEPOSES AND SAYS THAT DEFENDANT (S)

( ) IS NOT IN THE MILITARY

( ) NOT ON ACTIVE DUTY IN THE MILITARY AND/OR

( ) NOT IN A FOREIGN COUNTRY ON MILITARY SERVICE

( ) IS ON ACTIVE MILITARY DUTY AND/OR IS SUBJECT TO THE SERVICE MEMBERS RELIEF ACT OF 2003

( ) DEFENDANT HAS WAIVED HIS RIGHTS UNDER THE SERVICE MEMBERS RELIEF ACT OF 2003

(✗) MILITARY STATUS IS UNKNOWN AT THIS TIME

_____
PLAINTIFF

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___13___ DAY OF
___Feb_____, 20_25_

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS
~~CLERK OF THE JUSTICE COURT~~ (STRIKE ONE)

PENALTY FOR MAKING OR USING FALSE AFFIDAVIT- A PERSON WHO MAKES OR USES AND AFFIDAVIT KNOWING TO BE FALSE, SHALL BE FINED AS PROVIDED IN TITLE 18 UNITED STATES CODE, OR IMPRISONED FOR NOT MORE THAN ONE YEAR, OR BOTH.

Debtor's Exhibit A

JUSTICE COURT CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: SC 225 00071

STYLED Jonathan Lockhart -v- Byron Walker

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| Name: Jonathan Lockhart | Telephone: 817-243-0424 | Plaintiff(s): Jonathan Lockhart |
| Address: 120 N Fork Rd | Fax: | |
| City/State/Zip: Crby TX 76049 | State Bar No: | Defendant(s): Byron Walker |
| Email: Steer.47@yahoo.com | | |
| Signature: | | [Attach additional page as necessary to list all parties] |

**3. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| ☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $20,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ **Eviction:** An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $20,000, excluding statutory interest and court costs but including attorney fees, if any. |
|---|---|
| ☐ **Repair and Remedy.** A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $20,000, excluding statutory interest and court costs but including attorney fees, if any. | ☑ **Small Claims:** A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $20,000, excluding statutory interest and court costs but including attorney fees, if any. |