UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | CASE NO: 25-40278-mxm |
|---|---|
| BYRON EARL WALKER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 129 |

On 6/4/2026, I did cause a copy of the following documents, described below,

Order Confirming Amended Subchapter V Plan for Byron Earl Walker ECF Docket Reference No. 129

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/4/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

BYRON EARL WALKER

CASE NO: 25-40278-mxm

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 129

On 6/4/2026, a copy of the following documents, described below,

Order Confirming Amended Subchapter V Plan for Byron Earl Walker ECF Docket Reference No. 129

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-40278-MXM
NORTHERN DISTRICT OF TEXAS
THU JUN 4 10-19-6 PST 2026

ALLY BANK CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(U)DEERE  COMPANY DBA JOHN DEERE FINANCIAL

HOOD CAD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO CAMILLE STECKER
3500 MAPLE AVENUE
SUITE 800
DALLAS  TX 75219-3959

PLAINSCAPITAL BANK
CO MATTHEW T TAPLETT  ESQ
500 W7TH ST 600  FORT WORTH  TX
FORT WORTH  TX 76102-4751

EXCLUDE

(U)TD BANK  NA  SUCCESSOR IN INTEREST TO TD A

EXCLUDE

501 W TENTH STREET
FORT WORTH  TX 76102-3637

(P)ALLMAND LAW FIRM
860 AIRPORT FREEWAY
401
HURST TX 76054-3264

ALLY BANK
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(D)ALLY BANK CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY FINANCIAL  INC
500 WOODARD AVE
DETROIT  MI 48226-3416

ATTORNEY GENERAL OF TEXAS
BANKRUPTCY COLLECTION DIVISION
PO BOX 12017
AUSTIN  TX 78711-2017

DEBTOR

BYRON EARL WALKER
1206 DELMARVA CT
GRANBURY  TX 76048-4372

CAPITAL ONE
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE  NC 28272-1083

CATERPILLAR FINANCIAL SERVICES CORP
POB 730681
DALLAS  TX 75373

CELENA JILL WALKER
800 CHANEL DRIVE 123
GRANBURY  TX 76048-2927

CHASE AUTO FINANCE
PO BOX 5210
NEW HYDE PARK  NY 11042-5210

(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

EXCLUDE

(D)HOOD CAD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO CAMILLE STECKER
3500 MAPLE AVENUE
SUITE 800
DALLAS  TX 75219-3959

HOOD CAD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO JOHN KENDRICK TURNER
3500 MAPLE AVENUE
SUITE 800
DALLAS  TX 75219-3959

HOOD COUNTY APPRAISAL
DISTRICT
ATTN BANKRUPTCY
PO BOX 819 GRANBURY  TX 76048

HOOD COUTY COURT AT LAW
1200 W PEARL ST
GRANBURY  TX 76048-1834

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JPMORGAN CHASE BANK  NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 29505 AZ1-5757
PHOENIX AZ 85038-9505

EXCLUDE

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(D)(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
2777 N STEMMONS FREEWAY  STE 1000
DALLAS  TX 75207-2328

LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
3500 MAPLE AVE SUITE 800
DALLAS   TX 75219-3959

(P)PLAINSCAPITAL BANK
ATTN BANKRUPTCY DEPT
PO BOX 660
EDINBURG TX 78540-0660

PLAINS LOAN CAPITAL
ATTN OFFICER
PO BOX 93600
LUBBOCK   TX 79493-3600

EXCLUDE

(D)(P)PLAINSCAPITAL BANK
ATTN BANKRUPTCY DEPT
PO BOX 660
EDINBURG TX 78540-0660

RWE SERVICES  LLC
1206 DELMARVA CT
GRANBURY   TX 76048-4372

SABRINA TIBBETTS
1206 DELMARVA CT
GRANBURY   TX 76048-4372

(P)SECURITY SERVICE FEDERAL CREDIT UNION
ATTN ASSET RECOVERY   BANKRUPTCY
15000 IH 10 WEST
SAN ANTONIO TX 78249-3530

TD AUTO FINANCE
ATTN OFFICER OR MANAGING AGENT
PO BOX 9223
FARMINGTON HILLS  MI 48333-9223

TD BANK  NA  SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC
PO BOX 551080
JACKSONVILLE  FL 32255-1080

TD BANK  NA  SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC
CO WILCOX LAW  PLLC
PO BOX 201849
ARLINGTON   TX 76006-1849

TEXAS ALCOHOLIC BEVERAGE COMM
ALCOHOLIC BEVERAGE SALES TAX
PO BOX 12548
AUSTIN   TX 78711-2548

TEXAS BANK
PO BOX 1990
HENDERSON TX 75653-1990

US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE  NW
WASHINGTON   DC 20530-0009

UNITED STATES ATTORNEY NORTH
3RD FLOOR  1100 COMMERCE ST SUITE 700
DALLAS   TX 75242

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS  TX 75242-0996

UNITED STATES TRUSTEE
1100 COMMERCE  ROOM 976
DALLAS  TX 75242-0996

VERIZON
ATTN BANKRUPTCY
PO BOX 4457 HOUSTON  TX 77210-4457

WALKER CUTTING HORSES  LLC
1206 DELMARVA CT
GRANBURY   TX 76048-4372

EXCLUDE

(D)BYRON EARL WALKER
1206 DELMARVA CT
GRANBURY   TX 76048-4372

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON   TX 76010-7402

FRANCES A SMITH (SBRA V)
ROSS  SMITH  PC
700 N PEARL ST  SUITE 1610
DALLAS  TX 75201-7459

WARREN V NORRED
NORRED LAW PLLC
515 E BORDER STREET
ARLINGTON  TX 76010-7402