United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | **Case No. 25-40278-mxm11** |
| **Byron Earl Walker** | |
| 1206 Delmarva Ct. | **Chapter 11** |
| Granbury, TX 76048 | |
| SSN: xxx-xx-5640 | **[Subchapter V Case]** |
| **Debtor,** | |

**ORDER GRANTING DEBTOR'S AMENDED MOTION TO SET A LATE BAR DATE
TO ALLOW CREDITOR JONATHAN LOCKHART TO FILE A FORMAL
PROOF OF CLAIM**

Came on for consideration the *Debtor's Amended Motion to Set a Late Bar Date to Allow Creditor Jonathan Lockhart to File a Formal Proof of Claim* [ECF No.  ]. The Court, having reviewed the Motion, finds that notice of the Motion was adequate and that good cause exists for the relief requested.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Jonathan Lockhart shall have until **thirty (30) days from the date of entry of this Order** to file a formal proof of claim in this Chapter 11 case.

IT IS FURTHER ORDERED that any proof of claim filed by Jonathan Lockhart on or before such deadline shall be treated as a timely filed Class 4 General Unsecured Claim under the Debtor's confirmed Plan.

IT IS FURTHER ORDERED that the Debtor shall serve a copy of this Order on Jonathan Lockhart and file a certificate of service.

# # # END OF ORDER # # #

Approved as to form by:

Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for the Debtor