Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Byron Earl Walker<br><br>Debto.. | Case No. 25-40278-mxm<br>Chapter 11 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 11 Bankruptcy Case* (Dkt.60) was served on June 5, 2026, via First-Class Mail to Jonathan Lockhart at the following address:

Jonathan Lockhart
1201 N. Fork Road
Granbury, TX 76049

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor