**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **NERFIES MANAGEMENT, LLC,** | § | **Case No. 25-43632** |
| | § | |
| | § | **CHAPTER 11** |
| **Debtor.** | § | **(Subchapter V)** |
| | § | |

## FEE APPLICATION COVER SHEET

Fee Application of: Frances A. Smith        Capacity: Subchapter V Trustee

Time Period: December 9, 2025 to May 28, 2026

Petition Filed: November 30, 2025

Date of Entry of Notice of Appointment of Subchapter V Trustee: December 9, 2025

Status of Case: *Order Confirming Debtor's Nonconsensual Amended Plan of Reorganization Under Subchapter V of Chapter 11* [Dkt. No. 70] entered May 28, 2026

Amount Requested:                                        Reductions:

| | | | | |
|---|---|---|---|---|
| Fees: | $2,191.00 | Vol. Fee Reductions: | $ | 0.00 |
| Expenses: | $0.00 | Vol. Expense Reductions | $ | 0.00 |
| Total: | $2,191.00 | Total Reductions: | $ | 0.00 |

| | | |
|---|---|---|
| Hourly Rates: | $475.00 (Trustee) | $150.00/$230.00 (Paralegal) |
| Highest Rates: | $475.00 | |
| Hours Billed: | 6.50 | |
| Average: | $337.08 | |

Dated: June 5, 2026                                        /s/ *Frances A. Smith*
                                                                      Subchapter V Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **NERFIES MANAGEMENT, LLC,** | § | **Case No. 25-43632** |
| | § | |
| | § | **CHAPTER 11** |
| **Debtor.** | § | **(Subchapter V)** |
| | § | |

**TRUSTEE'S FIRST AND FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUTPCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OJECTION IS TIMELY FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Frances A. Smith, the Subchapter V Trustee (the "Trustee") in the above-referenced case and files this *Trustee's First and Final Application for Compensation and Reimbursement of Expenses* (the "Application") and in support thereof would respectfully show

the Court as follows:

1.      On November 30, 2025, (the "Petition Date"), Nerfies Management, LLC (the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code and elected to proceed under Subchapter V [Dkt. 1].

2.      As of the Petition Date the Debtor manages and operates as a children's birthday party venue business.

3.      On December 9, 2025, Frances A. Smith was duly appointed as the Subchapter V trustee pursuant to 11 U.S.C. § 1183(a)(1) [Dkt. 23].

4.      Following her appointment, the Trustee: reviewed the Debtor's Petition, Schedules and Statement of Financial Affairs; reviewed and monitored the docket sheet; attended the initial debtor interview and 341 meetings; attended the status conference; attended the cash collateral hearing; filed the motion for post-petition security deposit; reviewed the application to employ counsel; reviewed the Debtor's prehearing report; reviewed the agreed motion to continue confirmation hearing; reviewed the plan, amended plan, and supplemental document to the plan; reviewed the plan; prepared for and attended the confirmation hearing; and reviewed other documents and pleadings filed in the case.

5.      Pursuant to 11 U.S.C. §§ 330 and 1194(a)(3), the Trustee is entitled to compensation for services rendered.  Pursuant to the *Order Granting Motion of Subchapter V Trustee of Post-Petition Security Deposit* entered February 12, 2026, [Dkt. No. 51] (the "Deposit Order"), the Court ordered interim compensation to the Trustee of $1,000 per month starting November 30, 2025, and continuing monthly thereafter.  As of the filing of this Application and pursuant to the Deposit Order the Trustee has been paid $0.00 pursuant to the Deposit Order, of which $0.00 is held in the Trustee's firm's IOLTA account.

6.      The Trustee now requests allowance of fees in the amount of **$2,191.00** as compensation for services rendered as the Subchapter V Trustee for the period shown on "Exhibit A." The Trustee seeks reimbursement of actual and necessary expenses in the amount of **$0.00** incurred in carrying out her duties as Subchapter V Trustee during the applicable period.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that this Court enter an order (a) granting allowance of fees in the amount of **$2,191.00** and reimbursement of actual and necessary expenses in the amount of **$0.00** for a total compensation award of **$2,191.00**, (b) allowing the Trustee to apply amounts received pursuant to the Deposit Order, if any, toward any such allowed fees and expenses, (c) ordering the Debtor to pay the outstanding amount of $2,191.00 to the Subchapter V Trustee within 10 (ten) days of the entry of this Order; and (d) for such other and further relief in law or in equity that may be just.

Dated: June 5, 2026                    Respectfully submitted,

> **OFFIT KURMAN**
>
> By:   /s/ *Frances A. Smith*
> Frances A. Smith
> State Bar No. 24033084
> 700 N. Pearl Street, Suite 1610
> Dallas, TX 75201
> Phone:  214-377-7879
> Fax:  214-377-9409
> Email: frances.smith@offitkurman.com
> **SUBCHAPTER V TRUSTEE**

## CERTIFICATION

I hereby certify that I have read the foregoing Application and to the best of my knowledge and upon information and belief, and after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the U.S. Trustee guidelines, except as specifically noted in this Application. The compensation and expense reimbursement requested are hereby billed at rates, in accordance with practices, no less favorable than those customarily employed by this applicant and generally accepted by the applicant's clients for matters of this type.

> */s/ Frances A. Smith*
> Frances A. Smith

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system and/or U.S. mail upon the parties listed on the attached Master Service List as indicated on June 5, 2026.


         /s/*Frances A. Smith*
         Frances A. Smith

**Master Service List**
**Nerfies Management, LLC**
**Case No. 25-43632**

*Debtor:*
Nerfies Management, LLC
3045 W. 15th St.
Plano, TX 75075
**Served via U.S. mail**

*Debtor's Counsel:*
J. Mark Chevallier
Michael Pipkin
Rochelle McCullough, LLP
901 Main Street, Suite 3200
Dallas, TX 75202
Phone: 214-953-0182
Fax: 888-467-5979
Email: mchevallier@romclaw.com
Email: mpipkin@romclaw.com
**Served via ECF**

*U.S. Trustee:*
Office of the United States Trustee
110 N. College Avenue, Suite 300
Tyler, TX 75702
Email: ustpregion06.ty.ecf@usdoj.gov
**Served via ECF**

*Subchapter V Trustee:*
Frances A. Smith
Offit Kurman
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Email: frances.smith@offitkurman.com
**Served via ECF**

*20 Largest Unsecured Creditors:*
Amazon MarketPlace NAMZN.COM/BILL
410 Terry Ave N
Seattle, WA 98109
**Served via U.S. mail**

CINTAS F77
CINTAS COPPELLTX
825 W Sandy LK RD Suite 100
Coppell, TX 75019
**Served via U.S. mail**

Collin County Tax Assessor- Collector
1925 E Beltline Rd Suite 100
Carrollton, TX 75006
**Served via U.S. mail**

Comerica Bank
1717 Main Street
Dallas, TX 75201
**Served via U.S. mail**

FACEBK *N3JMQ7VFW2
MENLO PARK
1 Hacker Way
Menlo Park, CA 94025
**Served via U.S. mail**

Three Insurance - Wilkes
1314 Douglas St Suite 1400
Omaha, NE 68102
**Served via U.S. mail**

Frontier
CommunicatiNORWALK
401 Merritt 7 Suite 1
Norwalk, CT 06851
**Served via U.S. mail**

GETSLING.COM SAN FRANCISCO
301 Howard St. Floor S
San Francisco, CA 94105
**Served via U.S. mail**

GOOGLE *GOOGLE ONE
1500 Amphitheatre Pkwy
Mountain View, CA 94043
**Served via U.S. mail**

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101
**Served via U.S. mail**

MDT Prairie Creek, LTD.
2963 W 15th Street
Plano, TX 75075
**Served via U.S. mail**

Microsoft MSBILL.INFO
1 Microsoft Way
Redmond, WA 98052
**Served via U.S. mail**

NRG - Houston
1301 McKinney St
Houston, TX 77O10
**Served via U.S. mail**

Parker County Tax Assessor-
Collector
1112 Santa Fe Dr
Weatherford, TX 76086-5818
**Served via U.S. mail**

PATCH / CITYGRO
559 South Deseret Dr. Suite 201
Kaysville, UT 84037
**Served via U.S. mail**

Pizza Hut - Plano
2129 w Parker Rd Suite D
Plano, TX 75023
**Served via U.S. mail**

POMOROI LLC
1910 Pacific Ave Suite 2000
Dallas, TX 75201
**Served via U.S. mail**

Repurpose 10 ETOBICOKE
14 Blaketon Rd
ETOBICOKE ON CANADA MgB 4V9
**Served via U.S. mail**

Ringcentral Inc 888-898-4591
20 Davis Dr.
Belmont, CA 94002
**Served via U.S. mail**

Roller - Manhattan Beach
1240 Rosecrans Ave
Manhattan Beach, CA 90265
**Served via U.S. mail**

Sam's Club 4743 Plano TX
1200 East Spring Creek Pkwy
Plano, TX 75074
**Served via U.S. mail**

SP Factory Direct PAWEST
50 Ann St
Mountain View, CA 94043
**Served via U.S. mail**

SPOTIFY - NEW YORK
150 Greenwich St,4 WTC
New York, NY 10007
**Served via U.S. mail**

***Noticed Parties:***
Comerica Bank
c/o Annmarie Chiarello
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
Email: achiarello@winstead.com
**Served via ECF**

Collin County Tax Assessor/Collector
c/o Paul M. Lopez
Larry R. Boyd
Emily Hahn
Abernathy, Roeder, Boyd &
Hullett, P.C.
1700 Redbud Blvd, Ste. 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Telecopier: (214) 544-4040
Email: plopez@abernathy-law.com
Email: bankruptcy@abernathy-law.com
Email: ehahn@abernathy-law.com
**Served via ECF**