**EXHIBIT A**

| TRAN DATE | Tkpr Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 12/8/2025 | Coulombe, Michael | 0.80 | $230.00 | $184.00 | Review Court docket; review Notice of Chapter 11 Bankruptcy, calendar 341 meeting, and calendar deadlines; work on Master Service List; work on Notice of Appearance; work on Motion for Post-Petition Security Deposit and proposed order. |
| 12/10/2025 | Smith, Frances | 0.30 | $475.00 | $142.50 | Review and revise Notice of Appearance. |
| 12/15/2025 | Coulombe, Michael | 0.40 | $230.00 | $92.00 | Review ECF notification regarding status hearing and calendar status hearing; work on Master Service List; review Agreed Interim Order Granting Use of Cash Collateral, calendar hearing, and calculate deadlines; review Notice of Challenge Deadline and calculate deadline; review Application to Employ Rochelle McCullough and calculate deadline; |
| 12/16/2025 | Coulombe, Michael | 0.20 | $230.00 | $46.00 | Work on Motion for Post-Petition Security Deposit and proposed order. |
| 12/17/2025 | Coulombe, Michael | 0.10 | $230.00 | $23.00 | Work on notebook for initial Debtor interview. |
| 12/18/2025 | Smith, Frances | 0.50 | $475.00 | $237.50 | Prepare for and attend Initial Debtor Interview. |
| 12/21/2025 | Smith, Frances | 0.10 | $475.00 | $47.50 | Review emails from Kendra Rust regarding Nerfies 341 meeting. |
| 12/22/2025 | Smith, Frances | 0.90 | $475.00 | $427.50 | Prepare for and attend 341 meeting. |
| 12/22/2025 | Coulombe, Michael | 0.10 | $230.00 | $23.00 | Work on notebook for 341 meeting. |
| 12/23/2025 | Coulombe, Michael | 0.10 | $230.00 | $23.00 | Review Notice of Hearing and calendar hearing and response deadline. |
| | | 3.50 | | $1,246.00 | |
| | | | | | |
| 1/8/2026 | Coulombe, Michael | 0.50 | $175.00 | $87.50 | Work on Trustee's First and Final Fee Application and proposed order; work on Motion for Post-Petition Security Deposit; work on Report of No Distribution; work on Order Discharging Trustee. |
| 1/13/2026 | Coulombe, Michael | 0.10 | $175.00 | $17.50 | Work on notebook for continued hearing. |
| 1/14/2026 | Coulombe, Michael | 0.10 | $175.00 | $17.50 | Work on notebook for status hearing. |
| 1/14/2026 | Smith, Frances | 0.10 | $475.00 | $47.50 | Prepare for and attend hearing on Final Cash Collateral. |
| 1/16/2026 | Smith, Frances | 0.10 | $475.00 | $47.50 | Review and revise motion for post petition security deposit. |
| 1/16/2026 | Coulombe, Michael | 0.30 | $175.00 | $52.50 | File and coordinate service of Motion for Post-Petition Security Deposit. |
| 1/20/2026 | Smith, Frances | 0.00 | $475.00 | N/C | Prepare for and attend status conference. |
| 1/20/2026 | Coulombe, Michael | 0.10 | $175.00 | $17.50 | Update notebook for status hearing. |
| | | 1.30 | | $287.50 | |
| | | | | | |
| 3/3/2026 | Coulombe, Michael | 0.20 | $175.00 | $35.00 | Review Order Setting Plan Related Deadlines and Hearing on Confirmation, calculate deadlines, and calendar hearing. |
| 3/20/2026 | Coulombe, Michael | 0.20 | $175.00 | $35.00 | Review Order Granting Agreed Motion to Continue Confirmation Hearing and update calendar. |
| | | 0.40 | | $70.00 | |
| | | | | | |
| 5/11/2026 | Coulombe, Michael | 0.10 | $175.00 | $17.50 | Review Notice of Continued Hearing and update calendar. |
| 5/15/2026 | Smith, Frances | 0.70 | $475.00 | $332.50 | Prepare for and attend confirmation hearing. |
| 5/29/2026 | Smith, Frances | 0.50 | $475.00 | $237.50 | Review and finalize Trustee's First and Final Fee Application. |
| | | 1.30 | | $587.50 | |
| | *Grand Total Time* | 6.50 | | $2,191.00 | *Grand Total Fees and Disbursements* |