## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **NERFIES MANAGEMENT, LLC,** | § | **Case No. 25-43632** |
| | § | |
| | § | **CHAPTER 11** |
| **Debtor.** | § | **(Subchapter V)** |
| | § | |

## ORDER APPROVING TRUSTEE'S FIRST AND
## FINAL APPLICATION FOR COMPENSATION AND EXPENSES

The Court has considered Trustee's *First and Final Application for Compensation and Reimbursement of Expenses* filed on June 5, 2026 [Dkt. __] (the "Application") in which Frances A. Smith, the appointed Subchapter V trustee, requests compensation in the amount of **$2,191.00** and reimbursement of expenses in the amount of **$0.00**. No objections or responses were filed to the Application, and the Court finds notice was proper and sufficient.  The Court further finds that good cause exists for the relief requested and the fees and expenses were reasonable and necessary. The Court, having determined that the request for compensation and expenses should be granted, it is hereby ORDERED that:

1.  The Application is granted.

2.  That compensation in the amount of **$2,191.00** and reimbursement of expenses of **$0.00** is allowed, for a total of **$2,191.00**.

3.  The Debtor shall pay the outstanding amount of $2,191.00 to the Subchapter V Trustee within 10 (ten) days of the entry of this Order.

_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Order submitted by:

By:    */s/ Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
Offit Kurman
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone:  214-377-7879
Fax:  214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**