Frances A. Smith
**Offit Kurman**
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| **BYRON EARL WALKER,** | § | **Case No. 25-40278** |
| | § | |
| | § | **CHAPTER 11** |
| | § | **(Subchapter V)** |
| **Debtor.** | § | |

## FEE APPLICATION COVER SHEET

Fee Application of: Frances A. Smith    Capacity: Subchapter V Trustee

Time Period: June 17, 2025 to May 22, 2026

Petition Filed: January 24, 2025

Date of Entry of Notice of Appointment of Subchapter V Trustee: June 17, 2025

Status of Case: On May 22, 2026, the Court entered the *Order Confirming Amended Subchapter V Plan for Byron Earl Walker* [Dkt. No. 129].

Amount Requested:                          Reductions:

| | | | |
|---|---|---|---|
| Fees: | $5,884.00 | Vol. Fee Reductions: | $0.00 |
| Expenses: | $273.00 | Vol. Expense Reductions | $0.00 |
| Total: | $6,157.00 | Total Reductions: | $0.00 |

| | | |
|---|---|---|
| Hourly Rates: | $475.00 (Trustee) | $175.00/$230 (Paralegal) |
| Highest Rates: | $475.00 | |
| Hours Billed: | 18.20 | |
| Average: | $323.30 | |

Dated: June 5, 2026                    */s/ Frances A. Smith*
                                    Subchapter V Trustee

Frances A. Smith
**Offit Kurman**
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **BYRON EARL WALKER,** | § | **Case No. 25-40278** |
| | § | |
| | § | **CHAPTER 11** |
| | § | **(Subchapter V)** |
| **Debtor.** | § | |

## TRUSTEE'S FIRST AND FINAL APPLICATION FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH ST., FORT WORTH, TX 76102BEFORE CLOSE OF BUSINESS ON JUNE 26, 2026, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Frances A. Smith, the Subchapter V Trustee (the "Trustee") in the above-

referenced case and files this *Trustee's First and Final Application for Compensation and*

*Reimbursement of Expenses* (the "Application") and in support thereof would respectfully show the Court as follows:

1.      On January 24, 2025, (the "Petition Date"), Byron Earl Walker (the "Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.      As of the Petition Date, the Debtor is an individual engaged in two active business ventures: RWE Services, LLC, an oil pipeline maintenance company, and Walker Cutting Horses, LLC, a company specializing in the breeding and competitive showing of elite cutting horses. RWE Services currently employs ten individuals. Walker Cutting Horses utilizes the services of a professional horse trainer who is retained as a 1099 independent contractor.

3.      On June 12, 2025, the Court entered the *Order Converting Chapter 13 Case to Chapter 11 Subchapter V Case and Extending Time* [Dkt. No. 59].

4.      On June 17, 2025, Frances A. Smith was duly appointed as the Subchapter V trustee pursuant to 11 U.S.C. § 1183(a)(1) [Dkt. No. 65].

5.      Following her appointment, the Trustee: reviewed the Debtor's Petition, amended Schedules and amended Statement of Financial Affairs; reviewed and monitored the docket; prepared for and attended the initial debtor interview and 341 meeting; reviewed the Chapter 13 Trustee's motion to extend time to file final report; reviewed the pre-status conference report; reviewed the Chapter 13 trustee's final report; reviewed and revised the notice of new law firm; reviewed the motion for relief from stay and response; reviewed the motion to remit total-loss proceeds to secured lienholder; reviewed the amended plan and objections; reviewed the notice of termination of stay; communicated with Debtor's counsel regarding the amended plan; reviewed and finalized the Application; and reviewed other documents and pleadings filed in the case.

6.      Pursuant to 11 U.S.C. §§ 330 and 1194(a)(3), the Trustee is entitled to compensation for services rendered.  Pursuant to the *Scheduling Order and Notice of Status Conference* entered June 13, 2025 [Dkt. 61] (the "Scheduling Order"), the Court ordered interim compensation to the Trustee of $1,000 per month and continuing monthly thereafter.  As of the filing of this Application and pursuant to the Scheduling Order the Trustee has been paid $2,641.50 pursuant to the Scheduling Order of which, the Trustee is holding $2,641.50 in the Trustee's firm's IOLTA account.

7.      The Trustee now requests allowance of fees in the amount of **$5,884.00** as compensation for services rendered as the Subchapter V Trustee for the period shown on "Exhibit A."  The Trustee seeks reimbursement of actual and necessary expenses in the amount of **$273.00** incurred in carrying out her duties as Subchapter V Trustee during the applicable period.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that this Court enter an order (a) granting allowance of fees in the amount of **$5,884.00**  and reimbursement of actual and necessary expenses in the amount of **$273.00** for a total compensation award of **$6,157.00**, (b) ordering the Debtor to pay the outstanding amount of $3,515.50 to the Subchapter V Trustee within 10 (ten) days of the entry of this Order; and (c) such other and further relief in law or in equity that may be just.

Dated: June 5, 2026                              Respectfully submitted,

**OFFIT KURMAN**

By:   /s/ *Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

## CERTIFICATION

I hereby certify that I have read the foregoing Application and to the best of my knowledge and upon information and belief, and after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the U.S. Trustee guidelines, except as specifically noted in this Application. The compensation and expense reimbursement requested are hereby billed at rates, in accordance with practices, no less favorable than those customarily employed by this applicant and generally accepted by the applicant's clients for matters of this type.

*/s/ Frances A. Smith*
Frances A. Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system and/or U.S. mail upon the parties listed on the attached Master Service List as indicated on June 5, 2026.

/s/*Frances A. Smith*
Frances A. Smith

**Master Service List**
**Byron Earl Walker**
**Case No. 25-40278**

***Debtor:***
Byron Earl Walker
1206 Delmarva Ct
Granbury, TX 76048
**Served via U.S. mail**

***Debtor's Counsel:***
Clayton Everett
515 E. Border St., Ste 163
Arlington, TX 76010
Phone: 817-704-3984
Email: clayton@norredlaw.com
**Served via ECF**

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010
Phone: 817-704-3984
Fax: 817-524-6686
Email: warren@norredlaw.com
**Served via ECF**

***Subchapter V Trustee:***
Frances A. Smith
Ross & Smith, PC
700 N Pearl St, Suite 1610
Dallas, TX 75201
Phone: 214-593-4976
Email: frances.smith@ross-and-smith.com
**Served via ECF**

***U.S. Trustee:***
Susan B. Hersh
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
Phone: 214-767-8967
Email: susan.hersh@usdoj.gov
**Served via ECF**

***Creditors:***
Allmand Law Firm, PLLC
860 Airport Fwy Ste 401
Hurst, TX 76054-3264
**Served via U.S. mail**

Ally Financial, Inc
500 Woodard Ave
Detroit, MI 48226
**Served via U.S. mail**

Attorney General of Texas
Bankruptcy Collection Division
PO Box 12017
Austin, TX 78711
**Served via U.S. mail**

Capital One
by American InfoSource as Agent
PO Box 71083
Charlotte, NC 28272
**Served via U.S. mail**

Celena Jill Walker
800 Chanel Drive 123
Granbury, TX 76048
**Served via U.S. mail**

Chase Auto Finance
P.O. Box 5210
New Hyde Park, NY 11042
**Served via U.S. mail**

Hood Couty Court at Law
1200 W Pearl St.
Granbury, TX 76048
**Served via U.S. mail**

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346
**Served via U.S. mail**

Security Service FCU
Attn: Bankruptcy
P.O. Box 691510
San Antonio, TX 78269
**Served via U.S. mail**

TD Auto Finance
Attn: Officer or Managing Agent
P.O. Box 9223
Farmington Hills, MI 48333
**Served via U.S. mail**

Texas Alcoholic Beverage Comm
Alcoholic Beverage Sales Tax
P.O. Box 12548
Austin, TX 78711
**Served via U.S. mail**

Texas Bank
P.O. Box 760
Weatherford, TX 76086
**Served via U.S. mail**

US Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
**Served via U.S. mail**

***Noticed Parties:***
Hood CAD
c/o Linebarger Goggan Blair &
Sampson, LLP
Attn: John K. Turner
3500 Maple Avenue, Suite 800
Dallas, TX 75219
Telephone: 214) 880-0089
Email: dallas.bankruptcy@lgbs.com
**Served via ECF**