# Ross & Smith, PC

700 N Pearl St
Ste 1610
Dallas, TX 75201-7459
(214) 377-7879
(214) 377-9409

**EXHIBIT**

**A**

Byron Earl Walker

# Invoice

| | |
|---|---|
| Invoice Date: | 7/1/2025 |
| Invoice No: | 3938 |

Matter: 00487-001          Re:          00487-001 Byron Earl Walker, Sub-Chapter V - Byron Earl Walker

**Professional Fees**

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| 06/17/2025 | Download Court documents; review Scheduling Order and Notice of Status Conference and calendar status conference and deadlines; review Notice of Deficiency and calendar deadline; review Notice of Chapter 11 Bankruptcy and calendar 342 meeting; work on and file Notice of Appearance; work on Master Service List. | 1.10 | $192.50 | MC |
| 06/17/2025 | Review and revise Notice of Appearance. | 0.10 | $47.50 | FS |
| 06/18/2025 | Work on Trustee's First and Final Fee Application and proposed order; work on Certificate of No Objection; work on Report of No Distribution; work on Order Discharging Trustee. | 0.30 | $52.50 | MC |
| 06/24/2025 | Review and respond to email from UST office regarding Initial Debtor Interview. | 0.20 | $95.00 | FS |
| 06/25/2025 | Review Notice of Appearance and update Master Service List. | 0.10 | $17.50 | MC |
| | | 1.80 | $405.00 | |

| | |
|---|---|
| Invoice Amount: | $405.00 |
| Trust Retainer | 0 |

Tax ID Number: LEDES462001231



**ROSS & SMITH, PC**
Bankruptcy Solutions + Mediation Services

700 N Pearl St
Ste 1610
Dallas, TX 75201-7459
Phone: (214) 377-7879
Fax: (214) 377-9409

Byron Earl Walker

# Invoice

| | |
|---|---|
| Invoice Date: | 8/1/2025 |
| Invoice No: | 4017 |

Matter:    00487-001          Re:          00487-001 Byron Earl Walker, Sub-Chapter V - Byron Earl Walker

## Professional Fees

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| 07/03/2025 | Update 341 notebook for F. Smith. | 0.30 | $52.50 | CE |
| 07/07/2025 | Prepare hearing notebook for F. Smith. | 1.90 | $332.50 | CE |
| 07/08/2025 | Review Trustee's Motion to Extend Time to File Final Report and calendar deadline. | 0.10 | $17.50 | MC |
| 07/08/2025 | Prepare for and attend Initial Debtor Interview. | 1.10 | $522.50 | FS |
| 07/11/2025 | Review email with Initial debtor interview follow-up items. | 0.20 | $95.00 | FS |
| 07/15/2025 | Update hearing/interview debtor notebook for F. Smith to review. | 0.70 | $122.50 | CE |
| 07/16/2025 | Work on Master Service List; work on labels for service. | 0.20 | $35.00 | MC |
| 07/17/2025 | Update hearing notebook for F. Smith. | 0.60 | $105.00 | CE |
| 07/17/2025 | Telephone conference with S. Hersh; review schedules; prepare for and attend continued 341 meeting. | 0.30 | $142.50 | FS |
| 07/17/2025 | Review ECF notification regarding adjournment of 341 meeting an update calendar. | 0.10 | $17.50 | MC |
| 07/22/2025 | Update hearing notebook for F. Smith. | 0.20 | $35.00 | CE |
| 07/23/2025 | Prepare for and attend 341 meeting; review follow-up email from S. Hersh. | 1.50 | $712.50 | FS |
| 07/31/2025 | Update hearing notebook for F. Smith. | 0.30 | $52.50 | CE |
| 07/31/2025 | Prepare for and attend status conference. | 0.20 | $95.00 | FS |
| | | 7.70 | $2,337.50 | |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Printing and Photocopies | $136.50 |
| | | $136.50 |

## Fee Earner Summary

| Fee Earner | Total Time | Rate | Total |
|---|---|---|---|
| Casey Eary | 4 | $175.00 | $700.00 |

| | | | |
|---|---|---|---|
| Michael Coulombe | 0.4 | $175.00 | $70.00 |
| Frances Smith | 3.3 | $475.00 | $1,567.50 |

Invoice Amount:     $2,474.00

Tax ID Number: LEDES462001231



ROSS & SMITH, PC
Bankruptcy Solutions ⊦ Mediation Services

700 N Pearl St
Ste 1610
Dallas, TX 75201-7459
Phone: (214) 377-7879
Fax: (214) 377-9409

Byron Earl Walker
1206 Delmarva Ct.
Grandbury, Texas 76048
Email: clayton@norretlaw.com

# Invoice

| | |
|---|---|
| Invoice Date: | 9/1/2025 |
| Invoice No: | 4079 |

Matter:    00487-001            Re:        00487-001 Byron Earl Walker, Sub-Chapter V - Byron Earl Walker

## Professional Fees

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| 08/10/2025 | Review emails from UST and Debtor's counsel. | 0.90 | $427.50 | FS |
| | | **0.90** | **$427.50** | |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Printing and Photocopies | $136.50 |
| | | **$136.50** |

## Fee Earner Summary

| Fee Earner | Total Time | Rate | Total |
|---|---|---|---|
| Frances Smith | 0.9 | $475.00 | $427.50 |

Invoice Amount:        $564.00

Tax ID Number: LEDES462001231

| TRAN DATE | Tkpr Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/9/2025 | Coulombe, Michael | 0.20 | $230.00 | $46.00 | Review Motion for Relief from Stay and calculate deadline; review Notice of Hearing and calendar hearing. |
| 10/14/2025 | Coulombe, Michael | 0.10 | $230.00 | $23.00 | Work on Notice of Change of Law Firm. |
| 10/23/2025 | Smith, Frances | 0.10 | $475.00 | $47.50 | Review and revise notice of new law firm. |
| 10/30/2025 | Kapic, Honest | 0.60 | $400.00 | $240.00 | Prepare for and attend hearing on motion for relief from stay. |
| 10/30/2025 | Coulombe, Michael | 0.10 | $230.00 | $23.00 | File Notice of Change of Law Firm; review ECF notification regarding continued hearing and update calendar. |
| | | 1.10 | | $379.50 | |
| | | | | | |
| 11/7/2025 | Coulombe, Michael | 0.10 | $230.00 | $23.00 | Review Notice of Final Hearing and calendar hearing. |
| 11/20/2025 | Smith, Frances | 0.80 | $475.00 | $380.00 | Review and respond to email from Clayton Everett regarding Byron Earl Walker and RWE Services bankruptcy cases. |
| 11/21/2025 | Smith, Frances | 0.60 | $475.00 | $285.00 | Review and respond to email from Clayton Everett regarding Byron Earl Walker and RWE Services bankruptcy cases. |
| 11/25/2025 | Coulombe, Michael | 0.10 | $230.00 | $23.00 | Work on hearing notebook. |
| | | 1.60 | | $711.00 | |
| | | | | | |
| 12/15/2025 | Coulombe, Michael | 0.10 | $230.00 | $23.00 | Review Notice of Expedited Hearing and calendar hearing; review Notice of Reset Final Hearing and update calendar. |
| 12/22/2025 | Coulombe, Michael | 0.10 | $230.00 | $23.00 | Work on hearing notebook. |
| 12/23/2025 | Smith, Frances | 0.10 | $475.00 | $47.50 | Review and respond to email from Sharon Sjostrom and Clayton Everett regarding hearing dates. |
| | | 0.30 | | $93.50 | |
| | | | | | |
| 1/2/2026 | Coulombe, Michael | 0.10 | $175.00 | $17.50 | Review Notice of Reset Hearing and update calendar. |
| 1/14/2026 | Coulombe, Michael | 0.10 | $175.00 | $17.50 | Work on notebook for hearing. |
| 1/29/2026 | Coulombe, Michael | 0.10 | $175.00 | $17.50 | Review Notice of Reset Hearing and update calendar. |
| | | 0.30 | | $52.50 | |
| | | | | | |
| 3/13/2026 | Coulombe, Michael | 0.10 | $175.00 | $17.50 | Review Notice of Hearing and calendar hearing and deadline. |
| | | 0.10 | | $17.50 | |
| | | | | | |
| 4/14/2026 | Coulombe, Michael | 0.10 | $175.00 | $17.50 | Review Notice of Reset Hearing and update calendar. |
| | | 0.10 | | $17.50 | |
| | | | | | |
| 5/16/2026 | Smith, Frances | 0.40 | $475.00 | $190.00 | Review Sub V confirmation order and respond to email from Clayton Everett regarding same with proposed changes. |
| 5/20/2026 | Smith, Frances | 1.40 | $475.00 | $665.00 | Prepare for and attend hearing on confirmation;  email to Clayton Everett regarding Subchapter V fees. |
| 5/20/2026 | Coulombe, Michael | 0.70 | $175.00 | $122.50 | Work on Trustee's First and Final Fee Application and proposed order; work on Certificate of No Objection; work on Report of No Distribution; work on Order Discharging Trustee. |
| | | 2.50 | | $977.50 | |
| | | | | | |
| 6/2/2026 | Coulombe, Michael | 1.30 | $175.00 | $227.50 | Work on, file, and coordinate service of Subchapter V Trustee's First and Final Fee Application and proposed order |
| 6/2/2026 | Smith, Frances | 0.50 | $475.00 | $237.50 | Review and finalize Trustee's First and Final Fee Application and proposed order. |
| | | 1.80 | | $465.00 | |
| | | **7.80** | | **$2,714.00** | ***Grand Total Fees and Disbursements*** |