Frances A. Smith
**Offit Kurman**
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **BYRON EARL WALKER,** | § | **Case No. 25-40278** |
| | § | |
| | § | **CHAPTER 11** |
| | § | **(Subchapter V)** |
| **Debtor.** | § | |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** Frances A. Smith, the Subchapter V Trustee in the

above-referenced case, hereby withdraws the document filed at docket number 136.

Upon receipt, please update your records. Thank you for your assistance.

Dated: June 5, 2026

Respectfully submitted,

**OFFIT KURMAN**

By:   /s/ *Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

**NOTICE OF WITHDRAWAL**                                                                                     **Page 1**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 5, 2026, a true and correct copy of the foregoing was served via the Court's ECF noticing system upon those parties that have registered to receive notice via ECF.

 */s/ Frances A. Smith*
Frances A. Smith