NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984
Email: clayton@norredlaw.com
Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

`

| | |
|---|---|
| **In re:** | |
| **Byron Earl Walker**<br>1206 Delmarva Ct.<br>Granbury, TX 76048<br>SSN: xxx-xx-5640 | Case No. 25-40278-mxm11<br><br>Chapter 11 |
| **Debtor**. | |

**CERTIFICATE OF NO OBJECTION FOR DEBTOR'S AMENDED MOTION TO SET A
LATE BAR DATE TO ALLOW CREDITOR JONATHAN LOCKHART TO FILE A
FORMAL PROOF OF CLAIM**

On June 5, 2026, I filed and served on all parties the *Debtor's Amended Motion to Set a Late Bar Date to Allow Creditor Jonathan Lockhart to File a Formal Proof of Claim* [ECF Dkt. 133]. A response to the Motion was due on June 26, 2026. As of the date of this certificate, no party in interest has filed a response or advised me of any opposition to the relief sought in the Motion.

Date: June 27, 2026.

Respectfully submitted,

**Norred Law, PLLC**
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street | Arlington, TX 76010
Telephone: (817)704-3984
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on June 27, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.


<u>/s/ Clayton L. Everett</u>
Clayton L. Everett