Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 25-40278-MXM11** |
| **BYRON EARL WALKER** | § | |
| *dba* **Walker Cutting Horses, LLC** | § | **CHAPTER 11** |
| **DEBTOR(S)** | § | |
| | § | **HEARING DATE: SEPTEMBER 02, 2026** |
| | § | |
| **JPMORGAN CHASE BANK, N.A.** | § | |
| **MOVANT** | § | **HEARING TIME: 9:30 AM** |
| **VS** | § | |
| **BYRON EARL WALKER** | § | |
| *dba* **Walker Cutting Horses, LLC** | § | |
| **RESPONDENTS** | § | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY

### NOTICE

> **PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**
>
> **ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT  501 WEST TENTH STREET, FORT WORTH, TEXAS, 76102-3643, BEFORE CLOSE OF BUSINESS ON AUGUST 25, 2026, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF.  A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE.  ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now JPMorgan Chase Bank, N.A. (hereinafter "Movant"), its successors and/or assigns, a secured creditor in the above-entitled and numbered case, by and through its attorneys, to file this its Motion for Relief from Automatic Stay of Act against the Collateral ("Motion") against: Byron Earl Walker, Debtor(s) and duly appointed Chapter 11 Trustee, hereinafter referred to respectively as "Debtor(s)" and "Trustee". In support thereof, Movant would respectfully represent to the Court as follows:

MOTION FOR RELIEF

2870-N-3748

1. On January 24, 2025, Debtor(s) filed a voluntary petition under Chapter 13 of the Bankruptcy Code and then converted to a Chapter 11 Case on June 12, 2025.

2. This Court has jurisdiction of this Motion by virtue of 11 USC §§105, 361 and 362 and 28 USC §§1334 and 157.

3. Movant is the holder of a Motor Vehicle Retail Installment Sales Contract – Simple Finance Charge, Loan Number xxxxxxxxxxxxx4501, (the "Agreement"), signed by Byron Earl Walker.  Movant is secured under the Agreement by a properly perfected security interest in a 2023 RAM 2500, VIN: 3C6UR5CLXPG569316 (the "Collateral").  A true and correct copy of the Agreement, as well as the documents evidencing the security interest of Movant in the Collateral, are attached hereto as Exhibits "A" and "B".

4. By virtue of the Agreement, Movant is the holder of a secured claim against the Debtor.

5. Movant alleges that the automatic stay should be lifted for cause in that it lacks adequate protection of its interest in the Collateral as evidenced by the following:

   a. Debtor(s) are in default on their obligations to Movant in that Debtor(s) have failed to make installment payments when due and owing pursuant to the terms of the Agreement.

   b. As of July 28, 2026 the total amount due and owing is $56,640.45 as loan was charged off on May 30, 2025.

   c. Debtor(s) are unable to demonstrate that the Collateral is adequately insured post-petition.

6. According to the publication commonly relied upon by banks, insurance companies, government agencies, and dealers in determining the value of collateral, the present clean retail market value of the Collateral is $43,150.00.

7. The Debtor(s) has no equity in the Collateral securing Movant's claim.

8. Movant has had to retain counsel to represent it before this Court and is incurring attorneys' fees and court costs for which it is entitled to reimbursement under the terms of the Agreement.

9.  For the above and foregoing reasons, Movant asserts cause exists sufficient to waive the requirement of Bankruptcy Rule 4001(a)(4), therefore allowing Order to be effective upon this Honorable Court's signature.

MOTION FOR RELIEF

2870-N-3748

WHEREFORE, PREMISES CONSIDERED, Movant prays that, upon hearing of this Motion, said automatic stay be terminated as to the claim of Movant, its successors and/or assigns, to permit Movant, its successors and/or assigns, to seek its statutory and other available remedies; that Movant, its successors and/or assigns, be permitted to obtain possession of the Collateral to the exclusion of Debtor(s); alternatively, Movant, its successors and/or assigns, be afforded adequate protection by including, but not limited to, having all payments presently due in this proceeding to Movant being brought current; and that Movant be granted such other and further relief, at law and in equity, as is just.

Respectfully submitted,
Bonial & Associates, P.C.

/s/Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for JPMorgan Chase Bank, N.A.

### CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Movant attempted to confer with counsel for Debtor(s) prior to filing this motion and the motion is opposed. Debtor and Movant intend to work together to resolve the issues raised herein.

/s/Chandra D. Pryor
Hilary B. Bonial
Chandra D. Pryor

MOTION FOR RELIEF

2870-N-3748

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 11th day of August 2026:

Debtor                          *Via U.S. Mail*
Byron Earl Walker
1206 Delmarva Ct
Granbury, TX 76048


Debtor's Attorney
Clayton Everett
Warren V. Norred
Attorney At Law
515 E. Border St., Ste 163
Arlington, TX  76010

Eric Allen Maskell
Lawrence Law Herrera
Allmand Law Firm, PLLC
860 Airport Fwy
Suite 401
Hurst, TX 76054


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Sharon H. Sjostrom
Blalack & Williams, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244

Camille Stecker
John Kendrick Turner
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

Matthew Thomas Taplett
Pope, Hardwicke, Christie, et. al.
500 West 7th Street, Suite 600/Unit 9
Ft. Worth, TX 76102

Frances A. Smith
Offit Kurman
700 N. Pearl Street
Suite 1610
Dallas, TX 75201

Stephen Wilcox
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

25-40278-MXM11                              /s/Chandra D. Pryor
                                           Hilary B. Bonial
                                           Chandra D. Pryor

MOTION FOR RELIEF - CERTIFICATE OF SERVICE                          2870-N-3748