Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-40278-MXM11** |
| **BYRON EARL WALKER** | § | |
| *dba* **Walker Cutting Horses, LLC** | § | **CHAPTER 11** |
| DEBTOR(S) | § | |
| | § | |
| **JPMORGAN CHASE BANK, N.A.** | § | |
| MOVANT | § | |
| **VS** | § | |
| **BYRON EARL WALKER** | § | |
| *dba* **Walker Cutting Horses, LLC** | § | |
| RESPONDENTS | § | |

**MOVANT'S LIST OF WITNESSES AND EXHIBITS**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The following are the witnesses and exhibits, JPMorgan Chase Bank, N.A. (hereinafter referred to as "Movant"), intends to call and utilize at the final hearing on its Motion for Relief from Stay Against Collateral.

<u>Movant's Witnesses</u>
1.    Attorney for Movant
2.    Debtor(s)
3.    Attorney for Debtor

<u>Movant's Exhibits</u>

Exhibit A        Motor Vehicle Retail Installment Sales Contract – Simple Finance Charge
Exhibit B        Lien and Title Information
Exhibit C        Payment History
Exhibit D        JD Power/NADA Valuation

Respectfully submitted,
Bonial & Associates, P.C.

/s/Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for JPMorgan Chase Bank, N.A.

MOTION FOR RELIEF

2870-N-3748

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 11th day of August 2026:

Debtor                    *Via U.S. Mail*
Byron Earl Walker
1206 Delmarva Ct
Granbury, TX 76048

Debtor's Attorney
Clayton Everett
Warren V. Norred
Attorney At Law
515 E. Border St., Ste 163
Arlington, TX  76010

Eric Allen Maskell
Lawrence Law Herrera
Allmand Law Firm, PLLC
860 Airport Fwy
Suite 401
Hurst, TX 76054

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Sharon H. Sjostrom
Blalack & Williams, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244

Camille Stecker
John Kendrick Turner
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

Matthew Thomas Taplett
Pope, Hardwicke, Christie, et. al.
500 West 7th Street, Suite 600/Unit 9
Ft. Worth, TX 76102

Frances A. Smith
Offit Kurman
700 N. Pearl Street
Suite 1610
Dallas, TX 75201

Stephen Wilcox
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

25-40278-MXM11                                  /s/Chandra D. Pryor
                                                Hilary B. Bonial
                                                Chandra D. Pryor