**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-40278-MXM11** |
| **BYRON EARL WALKER** | § | |
| *dba* **Walker Cutting Horses, LLC** | § | |
| **DEBTOR(S)** | § | **CHAPTER 11** |
| | § | |
| **JPMORGAN CHASE BANK, N.A.** | § | **HEARING DATE: SEPTEMBER 10, 2026** |
| **MOVANT** | § | |
| **VS** | § | **HEARING TIME: 9:30 AM** |
| **BYRON EARL WALKER** | § | |
| *dba* **Walker Cutting Horses, LLC** | | |
| **RESPONDENTS** | | |

**AMENDED
NOTICE OF HEARING**

The Motion for Relief from Stay filed by JPMorgan Chase Bank, N.A. (hereinafter collectively referred to as "Movant"), in the above-referenced case is set for hearing. Notice is hereby given that Movant's Motion for Relief from Automatic Stay filed in the above-referenced matter is set for hearing on September 10, 2026, at 9:30 AM, before the Honorable Judge Mark X. Mullin, U. S. Courthouse, 501 West Tenth Street, Fort Worth, Texas, 76102-3643.  The initial hearing will be telephonic. Parties in interest must consult Judge Mullin's procedures available on the court's website at https://us-courts.webex.com/meet/mullin for dialing instructions.

Respectfully submitted,
Bonial & Associates, P.C.


 /s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for JPMorgan Chase Bank, N.A.


NOTICE OF HEARING

2870-N-3748

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 12th day of August 2026:

Debtor              *Via U.S. Mail*
Byron Earl Walker
1206 Delmarva Ct
Granbury, TX 76048


Debtor's Attorney
Clayton Everett
Warren V. Norred
Attorney At Law
515 E. Border St., Ste 163
Arlington, TX  76010

Eric Allen Maskell
Lawrence Law Herrera
Allmand Law Firm, PLLC
860 Airport Fwy
Suite 401
Hurst, TX 76054


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Sharon H. Sjostrom
Blalack & Williams, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244

Camille Stecker
John Kendrick Turner
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

Matthew Thomas Taplett
Pope, Hardwicke, Christie, et. al.
500 West 7th Street, Suite 600/Unit 9
Ft. Worth, TX 76102

Frances A. Smith
Offit Kurman
700 N. Pearl Street
Suite 1610
Dallas, TX 75201

Stephen Wilcox
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

25-40278-MXM11

/s/Chandra D. Pryor
Hilary B. Bonial
Chandra D. Pryor

MOTION FOR RELIEF - CERTIFICATE OF SERVICE                                    2870-N-3748