Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtor

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**BYRON EARL WALKER**<br>***dba* Walker Cutting Horses, LLC**<br>**Debtor(s)**<br><br>**JPMORGAN CHASE BANK, N.A.**<br>**Movant**<br>**vs.**<br><br>**BYRON EARL WALKER**<br>***dba* Walker Cutting Horses, LLC**<br>**Respondent(s)** | **Case No. 25-40278-mxm11**<br><br>**Chapter 11**<br><br>**Subchapter V**<br><br>***Preliminary Hearing: September 10, 2026***<br>***Preliminary Hearing Time: 9:30a.m.*** |

## DECLARATION OF BYRON EARL WALKERIN SUPPORT OF DEBTOR'S RESPONSE OPPOSED TO JPMORGAN CHASE BANK, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Byron Earl Walker, declare under penalty of perjury as follows:

1. I am the Debtor in this Chapter 11 Subchapter V case, and I have personal knowledge of the matters stated in this declaration.

2. I am also the managing member and principal of RWE Services, LLC, which operates in construction, land maintenance, and site preparation. The 2023 Ram 2500 that is the subject of Chase Bank's motion is used in those business operations. RWE Services, LLC is also a debtor in affiliated Subchapter V Case No. 25-43579-elm11.

3. The 2023 Ram 2500 (the "Vehicle") is essential to my personal and business operations. It is used regularly on projects that generate revenue needed to pay employees, maintain insurance, and fund plan payments.

4. If the Vehicle were repossessed or rendered unavailable, it would materially interfere with ongoing business operations and reduce the income available to fund my reorganization.

5. The Vehicle is presently insured and maintained. I am committed to maintaining insurance coverage and preserving the condition and value of the Vehicle.

6. I understand that Chase has demanded monthly payments of $792.05. My confirmed Plan provides for Chase's secured claim to be paid based on the value of the Vehicle at 7% interest amortized over 60 months. Based on the $30,000 value reflected in my amended schedules, I understand the monthly Plan payment to be approximately $594.04.

7. I am prepared to pay $1,782.12 for the June, July, and August payments calculated at $594.04 each and to make the monthly $594.04 payments going forward, while reserving the parties' respective positions concerning the amount of Chase's allowed secured claim and the value of the Vehicle.

8. For these reasons, I respectfully ask the Court to deny the motion for relief from stay or continue the stay conditioned on adequate protection consistent with the confirmed Plan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of August of 2026, Granbury, Texas.

Byron Earl Walker

**Byron Earl Walker, as Individual Debtor and Principal Agent of Debtor RWE Services, LLC**