Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtor

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**BYRON EARL WALKER**<br>***dba* Walker Cutting Horses, LLC**<br>**Debtor(s)**<br><br>**JPMORGAN CHASE BANK, N.A.**<br>**Movant**<br>**vs.**<br><br>**BYRON EARL WALKER**<br>***dba* Walker Cutting Horses, LLC**<br>**Respondent(s)** | **Case No. 25-40278-mxm11**<br><br>**Chapter 11**<br><br>**Subchapter V**<br><br>***Preliminary Hearing: September 10, 2026***<br>***Preliminary Hearing Time: 9:30a.m.*** |

## DEBTOR'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Byron Earl Walker ("Debtor"), in the above-captioned case and files this Witness and Exhibit List for the hearing on JPMorgan Chase Bank, N.A.'s ("Movant") Motion for Relief from Automatic Stay Against Property set for **Thursday, September 10, 2026, at 9:30a.m.:**

WITNESSES:

1. Byron Earl Walker, Debtor.
2. Any witness on any other parties' witness list.

EXHIBITS:

| **EX.** | **DESCRIPTION** | **ADMITTED: Y / N** |
|---|---|---|
| 1. | Amended Subchapter V Plan, Dkt. 113 | |

| | | |
|---|---|---|
| 2. | Confirmation Order, Dkt. 129 | |
| 3. | Relevant excerpts of Amended Schedules, Dkt.74 | |
| 4. | JPMorgan Chase Proof of Claim 4-1 | |
| 5. | Current proof of insurance for VIN ending 9316 | |
| 6. | Current photographs and odometer photograph of Vin 9316 | |
| 7. | Declaration of Byron Earl Walker | |
| 8. | Any exhibit identified by Chase, for use in examination or rebuttal. | |

The Debtor reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: September 3, 2026.

Respectfully submitted:

By: __/s/ Clayton L. Everett____
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system including the parties listed below:

Counsel for Movant:
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
Attorney for JPMorgan Chase Bank, N.A.

Subchapter V Trustee:
Frances A. Smith
c/o Offit Kurman
700 N. Pearl Street, Ste 1610
Dallas, TX 75201

U.S. Trustee:
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Parties Requesting Notice:

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Matthew Thomas Taplett
Pope, Hardwicke, Christie, et. al.
500 West 7th Street, Suite 600/Unit 9
Ft. Worth, TX 76102

Sharon H. Sjostrom
Blalack & Williams, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244
Email: ssjostrom@blalack.com

Eric Allen Maskell
Lawrence Law Herrera
Allmand Law Firm, PLLC
860 Airport Fwy, Suite 401
Hurst, TX 76054

Hood CAD
c/o Camille Stecker
John Kendrick Turner
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219

/s/ Clayton L. Everett
Clayton L. Everett